# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC. | ) | |
| Plaintiff, | ) | No. 19-1796 |
| v. | ) | Judge Patricia Campbell-Smith |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

Pursuant to Rule 24(a)(2) of the Rules of this Court, Microsoft Corp. ("Microsoft") respectfully requests leave for intervention of right in the above-captioned bid protest filed by Amazon Web Services, Inc. ("AWS") on November 22, 2019. Microsoft is the awardee under the award that AWS is protesting. The disposition of this matter will directly affect Microsoft's interests in the awarded contract, which carries the potential for significant economic and other harms to Microsoft.

The undersigned attorney will serve as counsel of record. Counsel of record as well as Jeffery M. Chiow, Neil H. O'Donnell are members in good standing of this Court's bar, and we intend to request that they and others be admitted to the Protective Order once issued by this Court.

Dated: November 22, 2019    Respectfully Submitted,

By: //s//  Robert S. Metzger
Robert S. Metzger (Counsel of Record)
Neil H. O'Donnell
Jeffery M. Chiow
Lucas T. Hanback
Stephen L. Bacon

Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC  20005
Tel:  (202) 777-8951
Fax:  (202) 347-8429
Email:  rmetzger@rjo.com

*Attorneys for Microsoft Corp.*

2

391581.1