# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> by and through the U.S. Department of Defense, <br><br> Defendant. | Case No. __19-1796 C__ <br><br> Judge _____ |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff Amazon Web Services, Inc. ("AWS") provides notice that the above captioned case is directly related to *Oracle Am., Inc. v. United States*, 144 Fed. Cl. 88 (2019) (No. 18-1880C), which was decided by Court of Federal Claims Judge Eric G. Bruggink and is now on appeal at the U.S. Court of Appeals for the Federal Circuit, *Oracle Am., Inc. v. United States* (No. 19-2326).

This case is directly related because it involves the same contract, the Joint Enterprise Defense Infrastructure Contract, Contract No. HQ0034-20-D-0001, which was awarded under Solicitation No. HQ0034-18-R-0077 to Microsoft Corporation ("Microsoft").

AWS expects assigning this case to Judge Bruggink would conserve judicial resources and promote the efficient administration of justice because AWS's post-award bid protest concerns the same solicitation as that which was the subject of the related matter that Judge Bruggink previously decided.

Dated:  November 22, 2019		Respectfully submitted,

By: _____
	Kevin P. Mullen
	MORRISON & FOERSTER LLP
	2000 Pennsylvania Ave., NW
	Washington, DC  20006-1888
	Telephone: 202.887.1500
	Facsimile: 202.887.0763

	*Attorney of Record for Plaintiff*
	*Amazon Web Services, Inc.*

*Of Counsel:*

| | |
|---|---|
| J. Alex Ward | Theodore B. Olson |
| Sandeep N. Nandivada | F. Joseph Warin |
| Caitlin A. Crujido | Andrew S. Tulumello |
| Alissandra D. Young | Daniel P. Chung |
| MORRISON & FOERSTER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 2000 Pennsylvania Ave., NW | 1050 Connecticut Avenue, NW |
| Washington, DC  20006-1888 | Washington, D.C.  20036 |
| | |
| | Theodore J. Boutrous, Jr. |
| | Richard J. Doren |
| | Eric D. Vandevelde |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA  90071-3197 |