# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | Case No. 19-1796 C |
| Plaintiff, | |
| v. | Judge _____ |
| UNITED STATES OF AMERICA, by and through the U.S. Department of Defense, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 4 of Appendix C to the Rules of the United States Court of Federal Claims, Plaintiff Amazon Web Services, Inc. ("AWS") moves for leave to file its Complaint and related filings, including AWS's motion to supplement the administrative record, under seal. AWS will file proposed redacted versions of these filings with the Court.

The Complaint and related filings contain source selection sensitive information, as well as AWS's proprietary information, trade secrets, and confidential financial information, the release of which would cause severe competitive harm. The record in this bid protest likely will contain similarly sensitive information. Accordingly, AWS respectfully requests the Court GRANT this Motion.

Dated: November 22, 2019      Respectfully submitted,

By: _____
Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff
Amazon Web Services, Inc.*

*Of Counsel:*

| | |
|---|---|
| J. Alex Ward | Theodore B. Olson |
| Sandeep N. Nandivada | F. Joseph Warin |
| Caitlin A. Crujido | Andrew S. Tulumello |
| Alissandra D. Young | Daniel P. Chung |
| MORRISON & FOERSTER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 2000 Pennsylvania Ave., NW | 1050 Connecticut Avenue, NW |
| Washington, DC 20006-1888 | Washington, D.C. 20036 |
| | |
| | Theodore J. Boutrous, Jr. |
| | Richard J. Doren |
| | Eric D. Vandevelde |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |