# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> by and through the U.S. Department of Defense, <br><br> Defendant. | Case No. __19-1796 C__ <br><br> Judge _____ |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 17 of Appendix C to the Rules of the United States Court of Federal Claims, Plaintiff Amazon Web Services, Inc. ("AWS") respectfully moves for a Protective Order in this matter consistent with the United States Court of Federal Claims Form 8, *Protective Order in Procurement Protest Cases*, to protect confidential, proprietary, and source selection information contained in the Complaint and other filings and hearing transcripts in this bid protest.

The Complaint and related filings contain source selection sensitive information, as well as AWS's proprietary information, trade secrets, and confidential financial information, the public release of which would cause either party severe competitive harm. The record in this bid protest likely will contain similarly sensitive information. Accordingly, AWS respectfully requests the Court GRANT this Motion.

Dated: November 22, 2019 Respectfully submitted,

By: _____
Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff
Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888

Theodore B. Olson
F. Joseph Warin
Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197