**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>by and through the U.S. Department of Defense,<br><br>        Defendant. | Case No.   19-1796 C<br><br>Judge   _____ |

**PLAINTIFF AMAZON WEB SERVICES, INC.'S**
**NOTICE OF INTENT TO FILE ON COMPACT DISC**

Plaintiff Amazon Web Services, Inc. respectfully submits the following exhibits that are included in the Appendix to Plaintiff's Sealed Motion to Supplement the Administrative Record. The contents of this CD-ROM disc have been scanned with anti-virus software with up-to-date anti-virus definitions as of November 22, 2019.

| Ex. | Appendix Citation | Description |
|---|---|---|
| **1** | **APP0005** | Video Clip of Remarks by Donald J. Trump at Campaign Rally in Texas (Feb. 2016) |
| **2** | **APP0060** | Video Clip of Remarks by President Donald J. Trump to the Press (July 2019) |
| **3** | **APP0118** | Video of Confirmation Testimony of Department of Defense Chief Information Officer Dana Deasy (Oct. 29, 2019) |
| **4** | **APP0134** | Video Clip of *Fox News* "Swamp Watch" Segment (July 21, 2019) |

| | |
|---|---|
| Dated:  November 22, 2019 | Respectfully submitted, |
| | By: _/s/ Kevin P. Mullen_____<br>Kevin P. Mullen<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC  20006-1888<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br><br>*Attorney of Record for Plaintiff*<br>*Amazon Web Services, Inc.* |

*Of Counsel:*

| | |
|---|---|
| J. Alex Ward<br>Sandeep N. Nandivada<br>Caitlin A. Crujido<br>Alissandra D. Young<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC  20006-1888 | Theodore B. Olson<br>F. Joseph Warin<br>Andrew S. Tulumello<br>Daniel P. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C.  20036-5306<br><br>Theodore J. Boutrous, Jr.<br>Richard J. Doren<br>Eric D. Vandevelde<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave.<br>Los Angeles, CA  90071-3197 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2019, a true copy of the foregoing **NOTICE OF INTENT TO FILE ON COMPACT DISC** and accompanying CD-ROM disc was served by courier upon:

    Anthony F. Schiavetti, Esq.
    United States Department of Justice
    Civil Division – Commercial Litigation Branch
    1100 L Street, N.W.
    Room 10012
    Washington, DC  20005

and

      I hereby certify that on November 22, 2019, two copies of the foregoing **NOTICE OF INTENT TO FILE ON COMPACT DISC** and two copies of the accompanying CD-ROM disc were served by courier upon:

    Clerk's Office
    United States Court of Federal Claims
    Howard T. Markey National Courts Building
    717 Madison Place, N.W.
    Washington, DC  20439

Dated:  November 22, 2019        By: *[signature]*

                                              Kevin P. Mullen