# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-1796C |
| | ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Anthony F. Schiavetti, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Anthony F. Schiavetti<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

s/Anthony F. Schiavetti<br>
ANTHONY F. SCHIAVETTI<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
Telephone: (202) 305-7572<br>
Facsimile:  (202) 307-0972<br>
Email: Anthony.F.Schiavetti@usdoj.gov

Dated: November 25, 2019