# In the United States Court of Federal Claims

No. 19-1796C
(E-Filed: November 25, 2019)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

ORDER

On November 22, 2019, plaintiff filed its complaint in this bid protest matter.  See ECF No. 1.  The court will **HOLD** an **initial telephonic status conference** with the parties and putative intervenor-defendant, Microsoft Corp., on **November 26, 2019**, at **1:00 p.m., eastern time**.  Dial-in instructions will be distributed to the participants by email prior to the call.

The court notes that Microsoft Corp.'s motion to intervene was signed by Mr. Robert S. Metzger, who is designated as the company's attorney of record on the filing.[1]  In an effort to coordinate a time for the initial status conference, the court contacted the parties by email.  In response, Mr. Metzger stated that he was unavailable at the times the court had proposed, and asked permission for his partner, Mr. Jeffery Chiow to appear in his place.  The court granted the request in this instance, but going forward, the court urges the attorney of record for the respective parties to participate in court proceedings, as contemplated by the court's rules.  See Rule 83.1(c) of the Rules of the United States Court of Federal Claims (stating that "[a] party may have only one attorney of record in a case any one time").

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge

---

[1] The court has not yet ruled on the motion.