# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,                )<br>                                                              )<br>                     Plaintiff,                        )<br>                                                              )<br>              v.                                            )<br>                                                              )<br>THE UNITED STATES,                           )<br>                                                              )<br>                     Defendant,                      )<br>                                                              )<br>and                                                         )<br>                                                              )<br>MICROSOFT CORPORATION,             )<br>                                                              )<br>                     Defendant-Intervenor.     ) | No. 19-1796C<br>(Judge Patricia E. Campbell-Smith) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 26, 2019 (ECF No. 15), the parties respectfully inform the Court that they have conferred and agree that both that Order (ECF No. 15) and the recording of the status conference held on that same date may be unsealed and made publicly available.

                                                                                            Respectfully submitted,

| | |
|---|---|
| s/ Kevin P. Mullen<br>Kevin P. Mullen<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br><br>*Attorney of Record for Plaintiff*<br>*Amazon Web Services, Inc.* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director |

| | |
|---|---|
| Of Counsel For Plaintiff: | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI |
| J. Alex Ward | Trial Attorney |
| Sandeep N. Nandivada | U.S. Department of Justice |
| Caitlin A. Crujido | Civil Division |
| Alissandra D. Young | Commercial Litigation Branch |
| MORRISON & FOERSTER LLP | PO Box 480 |
| 2000 Pennsylvania Ave., NW | Ben Franklin Station |
| Washington, DC  20006-1888 | Washington, D.C. 20044 |
| | Tel: (202) 305-7572 |
| Theodore B. Olson | Fax: (202) 305-1571 |
| F. Joseph Warin | anthony.f.schiavetti@usdoj.gov |
| Andrew S. Tulumello | |
| Daniel P. Chung | *Attorneys for Defendant* |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1050 Connecticut Avenue, NW | s// Robert S. Metzger |
| Washington, D.C.  20036 | Robert S. Metzger (Counsel of Record) |
| | Neil H. O'Donnell |
| | Jeffery M. Chiow |
| Theodore J. Boutrous, Jr. | Lucas T. Hanback |
| Richard J. Doren | Stephen L. Bacon |
| Eric D. Vandevelde | Deborah N. Rodin |
| GIBSON, DUNN & CRUTCHER LLP | Cassidy Kim |
| 333 South Grand Avenue | Eleanor M. Ross |
| Los Angeles, CA  90071-3197 | ROGERS JOSEPH O'DONNELL, P.C. |
| | 875 15th Street NW, Suite 725 |
| | Washington, DC 20005 |
| | Tel: (202) 777-8951 |
| | Fax: (202) 347-8429 |
| | Email: rmetzger@rjo.com |
| | |
| | *Attorneys for Defendant-Intervenor Microsoft Corp.* |

Dated:  December 4, 2019