**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Defendant. | Case No. 19-1796 <br><br> Judge Patricia Campbell-Smith |

**INTERVENOR-DEFENDANT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO CERTAIN MATERIAL DESIGNATED AS PROTECTED AND MOTION TO STRIKE AND SUBSTITUTE**

Intervenor-Defendant Microsoft Corporation ("Microsoft") submits this response to the objections to certain material designated as protected and motion to strike and substitute filed by Defendant, the United States, on December 11, 2019.  *See* ECF No. 53.  Defendant requests that the Court strike the redacted version of the complaint filed on the public docket by Plaintiff, Amazon Web Services, Inc. ("AWS").  *See* ECF No. 26.  Microsoft concurs with Defendant's position that AWS' redacted version of the complaint contains overbroad redactions not warranted by law or this Court's protective order.  Accordingly, the Court should strike AWS' redacted complaint and substitute it with the version proposed by Defendant included as Attachment B to its Motion.  *See* ECF No. 53-2.

Dated: December 26, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ROGERS JOSEPH O'DONNELL, P.C.

*Of Counsel*:　　　　　　　　　　　　　　　By: /s/ Robert S. Metzger
　　　　　　　　　　　　　　　　　　　　　　　　　Robert S. Metzger (Attorney of Record)

LATHAM & WATKINS LLP
Kathryn H. Ruemmler　　　　　　　　　　　Jeffery M. Chiow
Abid R. Qureshi　　　　　　　　　　　　　　Neil H. O'Donnell
Roman Martinez　　　　　　　　　　　　　　Lucas T. Hanback
Anne W. Robinson　　　　　　　　　　　　　Stephen L. Bacon
Dean W. Baxtresser　　　　　　　　　　　　Deborah N. Rodin
Genevieve Hoffman　　　　　　　　　　　　　Cassidy Kim
Riley Keenan　　　　　　　　　　　　　　　　Eleanor M. Ross

555 Eleventh Street, N.W., Suite 1000　　　875 15th Street N.W., Suite 725
Washington, D.C. 20004　　　　　　　　　　Washington, D.C. 20005
(202) 637-2200 (Telephone)　　　　　　　　(202) 777-8952 (Telephone)
(202) 637-2201 (Facsimile)　　　　　　　　(202) 347-8429 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Intervenor-Defendant,*
　　　　　　　　　　　　　　　　　　　　　　*Microsoft Corporation*