# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1796C |
| ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b), 6.1, and paragraph 18 of Appendix C of the Rules of the United States Court of Federal Claims (RCFC), as well as the amended protective order this Court entered in this action (ECF No. 69), defendant, the United States, plaintiff, Amazon Web Services, Inc. (AWS), and defendant-intervenor, Microsoft Corporation, respectfully request that this Court enlarge the time permitted for parties to file objections to certain applications for access to protected information filed by AWS.  Specifically, on December 23, 2019, AWS filed applications for access to protected information by Craig Tunstall (ECF No. 75), Dob Todorov (ECF No. 76), Nikolay Dinev (ECF No. 77), Nikos Terizakis (ECF No. 78), Peter Cheslock (ECF No. 79), Ivaylo Vrabchev (ECF No. 80), and Branimir Nikolov (ECF No. 81).  Based on the information provided in these filings, both the United States and Microsoft object to each of these applications.

In an effort to attempt to resolve this matter without further involving the Court, however, the parties have discussed the nature of their concerns and respective positions, and have agreed

to further discuss the matter in the coming days.  Under the terms of paragraph 5 of the amended protective order (ECF No. 69), any objection to these applications is due to be filed by Friday, December 27, 2019 – two business days after the applications were filed.  The parties respectfully request that the Court extend the time for filing objection(s) to any of these seven applications by 7 days, until Friday, January 3, 2019.  This is the parties' first request for an enlargement of time for this purpose.

Good cause exists to grant this motion.  The parties are working to serve each party's interest in effectively representing its position while protecting important interests in protecting proprietary, source selection, confidential, and other sensitive information that is or may become subject to the protective order.  Despite the holidays, the parties are hopeful that they can expeditiously work to resolve this issue or, if the parties are unable to reach agreement, prepare their positions for submission to the Court for resolution.

For these reasons, the parties respectfully request that this Court enlarge the time permitted for parties to file objections to the applications for access to protected information listed above.

|  | Respectfully submitted, |
|---|---|
| s/ Kevin P. Mullen | JOSEPH H. HUNT |
| Kevin P. Mullen | Assistant Attorney General |
| MORRISON & FOERSTER LLP | |
| 2000 Pennsylvania Ave., NW | ROBERT E. KIRSCHMAN, JR. |
| Washington, DC  20006-1888 | Director |
| Telephone: 202.887.1500 | |
| Facsimile: 202.887.0763 | s/ Patricia M. McCarthy |
|  | PATRICIA M. MCCARTHY |
| *Attorney of Record for Plaintiff* | Assistant Director |
| *Amazon Web Services, Inc.* | |

| | |
|---|---|
| Of Counsel For Plaintiff: | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>RETA E. BEZAK |
| J. Alex Ward<br>Sandeep N. Nandivada<br>Caitlin A. Crujido<br>Alissandra D. Young<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888 | Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| Andrew S. Tulumello<br>Daniel P. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C.  20036 | *Attorneys for Defendant*<br><br>Of Counsel for Defendant: |
| Theodore J. Boutrous, Jr.<br>Richard J. Doren<br>Eric D. Vandevelde<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197 | MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense |
| | TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel |

s/ Robert S. Metzger
Robert S. Metzger (Counsel of Record)
Jeffery M. Chiow
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Tel: (202) 777-8951
Fax: (202) 347-8429
Email: rmetzger@rjo.com

*Attorneys for Defendant-Intervenor Microsoft Corp.*

Of Counsel for Defendant-Intervenor:

LATHAM & WATKINS LLP
Kathryn H. Ruemmler
Abid R. Qureshi
Roman Martinez
Anne W. Robinson
Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan

555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
(202) 637-2200 (Telephone)
(202) 637-2201 (Facsimile)

Dated: December 26, 2019