# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: December 27, 2019)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

On December 26, 2019, the parties filed a joint motion for an enlargement of time of seven days, to and including January 3, 2020, within which to file any objections to plaintiff's December 23, 2019 applications for access to protected information by Craig Tunstall, ECF No. 75; Dob Todorov, ECF No. 76; Nikolay Dinev, ECF No. 77; Nikos Terizakis, ECF No. 78; Peter Cheslock, ECF No. 79; Ivaylo Vrabchev, ECF No. 80; and Branimir Nikolov, ECF No. 81. See ECF No. 90. Therein, the parties state that "both the United States and Microsoft object to each of these applications" and that "the parties have discussed the nature of their concerns and respective positions, and have agreed to further discuss in the coming days." Id. at 1-2. The court commends the parties' willingness to resolve this matter without further involvement of the court.

For good cause shown, the parties' joint motion for an enlargement of time, ECF No. 90, is **GRANTED**. Any **objections** to the applications for access to protected information by Craig Tunstall, ECF No. 75; Dob Todorov, ECF No. 76; Nikolay Dinev, ECF No. 77; Nikos Terizakis, ECF No. 78; Peter Cheslock, ECF No. 79; Ivaylo

2

Vrabchev, ECF No. 80; and Branimir Nikolov, ECF No. 81, shall be **FILED** on or before **January 3, 2020**.

    IT IS SO ORDERED.

                                              s/Patricia E. Campbell-Smith
                                              PATRICIA E. CAMPBELL-SMITH
                                              Judge