# In the United States Court of Federal Claims

No. 19-1796C

(E-filed:  December 30, 2019)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| MICROSOFT CORP., | ) |
|  | ) |
| Intervenor-defendant. | ) |
|  | ) |

## ORDER

On December 27, 2019, defendant filed an unopposed motion for enlargement of time of seven days, to and including January 3, 2020, within which to file any objection to plaintiff's December 23, 2019 application for access to protected information by Jeffrey Tang, ECF No. 82.  See ECF No. 93.  Therein, defendant states that additional time is required for the United States to determine whether it objects to access to protected information by Mr. Tang.  Id.

For good cause shown, the defendant's motion for an enlargement of time, ECF No. 93, is **GRANTED**.  Any **objection** to the application for access to protected information by Jeffrey Tang, ECF No. 82, shall be **FILED** on or before **January 3, 2020**.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge