# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: December 30, 2019)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

ORDER

On December 27, 2019, defendant filed an unopposed motion for leave to file the sealed administrative record via hard drive, or in the alternative, via DVD. See ECF No. 92. Therein, defendant explains that it seeks this extraordinary relief due to both the volume of the record—which consists of "hundreds of individual documents, over 200,000 pages, and over 100 gigabytes of data, including a large quantity of multimedia files." Id. at 1. Defendant states that it has consulted with the court's case management/electronic case filing (CM/ECF) system help desk with regard to the viability of filing the record electronically, and was advised that the court's CM/ECF system could not accommodate the multimedia files. See id. at 2.

Defendant requests permission to file the administrative record on an external hard drive. Defendant states that if permitted to do so, the "[d]ocuments can be organized neatly and sequentially by tab number, rather than filing combined PDF files that span multiple tabs." Id. at 5. To facilitate this filing, defendant proposes to use an "Ironkey model 100 [hard drive, that] is compliant with the Federal Information Processing Standards (FIPS) 140-2, with Level 3 validation. The drive features AES 256-bit

encryption to provide additional security, yet does not require the installation of drivers or other software to access the data loaded onto the drive." Id.

      For good cause shown, defendant's unopposed motion for leave to file the administrative record via hard drive, ECF No. 92, is **GRANTED**.  On or before **January 3, 2020**, defendant shall **FILE** a **notice of filing the administrative record**, attaching an index of the record as it appears on the hard drive in this matter; and, **FILE** the physical **hard drive** (on the hardware indicated above) of the administrative record with the clerk's office.  In addition, defendant shall **DELIVER** two duplicative versions of the hard drive for chambers use.

      IT IS SO ORDERED.

                              s/Patricia E. Campbell-Smith
                              PATRICIA E. CAMPBELL-SMITH
                              Judge