# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: December 31, 2019)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

ORDER

On December 31, 2019, defendant filed a notice informing the court that this case "will include classified information." ECF No. 99 at 1. Specifically, defendant states that the administrative record "will contain a very small number of classified documents," and seeks the court's guidance "on how to file documents containing classified information in this case." Id. The notice does not provide the level of classification for the documents at issue.

In accordance with the court's Guidelines for Cases Involving Classified Information, the court will appoint a Classified Information Security Officer and Alternate Classified Information Security Officers to assist the court and parties with the handling and storage of classified information. On or before **January 7, 2020**, defendant shall **FILE** a **motion to appoint an information security officer**, proposing individuals to be designated as the lead and alternate officers in this case. The motion shall state whether plaintiff or intervenor-defendant object to any of the named individuals serving as information security officers in this matter.

      Defendant shall **FILE** the **unclassified portion of the administrative record** on or before **January 3, 2020**, as previously directed by the court's December 30, 2019 order, ECF No. 98.  After the court has appointed a security officer in this case, the court will consult with the security officer as to procedures for handling the classified material at issue.  Once such procedures have been established, the court will direct defendant to complete the administrative record in accordance therewith.

      Because classified material requires careful handling, and because defendant's notice of intent to file classified information was filed at this late date, the administrative record will not be filed in its entirety by the January 3, 2020.  As such, the briefing schedule for the motions on the administrative record will not proceed as planned.  The court directs the clerk's office to **STAY** the briefing schedule previously entered by the court in its December 13, 2019 order, ECF No. 55.   The court will direct the parties to file an agreed-upon revised schedule after the administrative record is complete and proper access to that record has been arranged for the necessary individuals.

      IT IS SO ORDERED.

                                          s/Patricia E. Campbell-Smith
                                          PATRICIA E. CAMPBELL-SMITH
                                          Judge