## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 19-1796C (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT'S UNOPPOSED
## MOTION TO APPOINT AN INFORMATION SECURITY OFFICER

Pursuant to the Court's order dated December 31, 2019, and because the administrative record in the above-captioned case will contain a small amount of confidential information that has been classified at the Secret level, the United States respectfully requests that this Court appoint a Classified Information Security Officer and Alternate Classified Information Security Officers, as set forth herein, to assist the Court and parties with the handling and storage of classified information.  We have discussed this matter with counsel for plaintiff, Amazon Web Services, Inc., and counsel for intervenor, Microsoft Corporation.  Counsel for plaintiff and intervenor have indicated that both parties consent to this motion and the officers designated herein.

First, we respectfully request that this Court appoint Harry J. Rucker as Classified Information Security Officer in the case.  Mr. Rucker is a Litigation Security Specialist with the U.S. Department of Justice, Litigation Security Group.  Second, we respectfully request that the following individuals with the U.S. Department of Justice, Litigation Security Group be

designated as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is unavailable:  Debra M. Guerrero-Randall, Matthew W. Mullery III, Daniel O. Hartenstine, Maura P. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade.  These individuals will facilitate the filing of classified material with the Court, assist the Court with the handling and protection of such material, and protect such information, as otherwise required by law.

Accordingly, we respectfully request that the Court grant our motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY |
| OF COUNSEL: | Assistant Director |
| MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>RETA E. BEZAK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480 |
| TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel | Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| January 2, 2020 | Attorneys for Defendant |