# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: January 3, 2020)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

On January 2, 2020, defendant filed an unopposed motion to appoint an information security officer in this matter. See ECF No. 101. Therein, defendant informs the court that "the administrative record in the above-captioned case will contain a small amount of confidential information that has been classified at the Secret level." Id. at 1. As such, the government requests the court to "appoint a Classified Information Security Officer and Alternative Classified Information Security Officers . . . to assist the Court and the parties with the handling and storage of classified information." Id.

For good cause shown, defendant's motion, ECF No. 101, is **GRANTED**. The court hereby **APPOINTS** Harry J. Rucker, as the Classified Information Security Officer in this matter; and Debra-Guerrero-Randall, Matthew W. Mullery, III, Daniel O. Hartenstine, Maura P. Peterson, Carli V. Rodriguez-Foe, and W. Scooter Slade as Alternative Classified Information Security Officers, to serve in the event Mr. Rucker in unavailable.

The court further directs the parties, on or before **January 10, 2020**, to **CONFER** and **FILE** a **motion for entry of a protective order** attaching the parties' agreed-upon proposed protective order addressing the procedures for handling and filing classified information.  This proposed protective order shall be drafted in consultation with Mr. Rucker to ensure that the proposed procedures comply with any requirements that he may have as the Classified Information Security Officer in this case.  Once a protective order for classified information has been entered by the court, the court will direct, by order, defendant to complete the administrative record in accordance therewith.

The court directs the clerk's office to continue the **STAY** of the briefing schedule previously entered by the court in its December 13, 2019 order, ECF No. 55.  The court will direct the parties to file an agreed-upon revised schedule after the administrative record is complete and proper access to that record has been arranged for the necessary individuals.

IT IS SO ORDERED.

        s/Patricia E. Campbell-Smith
        PATRICIA E. CAMPBELL-SMITH
        Judge