# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br>                    Plaintiff, <br><br>   v. <br><br>UNITED STATES OF AMERICA, <br>by and through the U.S. Department of Defense, <br><br>                    Defendant, <br><br>   and <br><br>MICROSOFT CORPORATION, <br><br>                    Defendant-Intervenor. | Case No. 19-1796C <br><br> Judge Patricia E. Campbell-Smith |

## AMAZON WEB SERVICES, INC.'S MOTION TO WITHDRAW APPLICATIONS FOR ACCESS TO PROTECTED MATERIAL

Pursuant to Rule 7(b) of the Rules of the U.S. Court of Federal Claims ("RCFC"), Amazon Web Services, Inc. ("AWS" or "Plaintiff") moves this Court to grant its request to withdraw certain Applications for Access to Protected Material, filed by AWS on December 23, 2019. Plaintiff has consulted with Defendant, the United States, and Defendant-Intervenor, Microsoft Corporation, and neither party objects to this Motion.

AWS filed applications for the following HeleCloud employees AWS sought to engage as expert consultants in this matter: Craig Tunstall (ECF No. 75), Dob Todorov (ECF No. 76), Nikolay Dinev (ECF No. 77), Nikos Terizakis (ECF No. 78), Ivaylo Vrabchev (ECF No. 80), and Branimir Nikolov (ECF No. 81). After discussions with Defendant and Defendant-Intervenor regarding these applications, Plaintiff has decided to withdraw them.

For these reasons, AWS respectfully requests this Court find good cause exists to grant this Motion to Withdraw Applications for Access to Protected Material for Craig Tunstall (ECF No. 75), Dob Todorov (ECF No. 76), Nikolay Dinev (ECF No. 77), Nikos Terizakis (ECF No. 78), Ivaylo Vrabchev (ECF No. 80), and Branimir Nikolov (ECF No. 81).

Dated:   January 3, 2020                Respectfully submitted,

By: _____
Kevin P. Mullen
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff*
*Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197