# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>by and through the U.S. Department of Defense,<br><br>        Defendant,<br><br>  and<br><br>MICROSOFT CORPORATION,<br><br>        Defendant-Intervenor. | Case No. 19-cv-01796<br><br>Judge Campbell-Smith |

## AMAZON WEB SERVICES, INC.'S
## ADMINISTRATIVE MOTION FOR LEAVE TO FILE VIDEO EXHIBITS

Pursuant to the Court's November 26, 2019 Order (Dkt. 15 at 3) and the Court's statements during the November 26, 2019 Status Conference (*see* Dkt. 25 at 21:9–22; 25:13–20), Plaintiff Amazon Web Services, Inc. ("AWS") submits this Administrative Motion for Leave to File Video Exhibits.  AWS anticipates that it will submit one or more video exhibits in connection with its forthcoming filings in this matter, and therefore respectfully requests that the Court furnish any special filing procedures and/or instructions regarding the submission of video exhibits to ensure that such exhibits are properly accounted for on the Court's electronic docket.  AWS consulted with Defendant and Defendant-Intervenor prior to filing this Administrative Motion. Although neither party objects to the filing of this Administrative Motion, both Defendant and Defendant-Intervenor stated that they reserve the right to object to the filing of the video exhibits themselves, and the Court's consideration thereof.

Based on the foregoing, AWS respectfully requests that the Court grant AWS's Administrative Motion and furnish any special filing procedures and/or instructions regarding the submission of video exhibits.

Dated:  January 14, 2020

By: *Kevin P. Mullen*

Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., N.W.
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff
Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Daniel E. Chudd
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., N.W.
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C.  20036-5306

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197