# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: January 15, 2020)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

    On January 13, 2020, the parties filed a joint status report in which they propose a briefing schedule for four motions:  (1) plaintiff's motion to supplement the administrative record and/or for discovery; (2) defendant's partial motion for dismissal; (3) intervenor-defendant's partial motion for dismissal; and (4) plaintiff's motion for temporary restraining order and/or preliminary injunction.  See ECF No. 111.  The court notes that the parties have proposed that the court issue its ruling on plaintiff's motion for temporary restraining order and/or preliminary injunction on or before February 11, 2020.  See id. at 3.

    The proposed dates are generally acceptable to the court, with one exception.  At the time the parties anticipate the conclusion of briefing on plaintiff's motion for temporary restraining order and/or preliminary injunction, the court will be preparing for a three-week trial that is scheduled to begin on February 18, 2020.  In light of the court's other pressing work, it must receive plaintiff's reply in support of its motion for temporary restraining order and/or preliminary injunction earlier than the proposed date.  The court, therefore, sets the following schedule:

| | |
|---|---|
| **January 17, 2020** | Plaintiff shall **FILE** its **motion to supplement the administrative record** and/or a **motion for discovery** |
| **January 22, 2020** | Plaintiff shall **FILE** its **motion for a temporary restraining order and/or preliminary injunction (TRO/PI)** |
| **January 24, 2020** | Defendant and defendant-intervenor shall **FILE** their **partial motions for dismissal** |
| **January 29, 2020** | Defendant and defendant-intervenor shall **FILE** their **responses** to plaintiff's motion for TRO/PI |
| **January 31, 2020** | Defendant and defendant-intervenor shall **FILE** their **responses** to plaintiff's motion to supplement the administrative record and/or motion for discovery |
| **February 3, 2020** | Plaintiff shall **FILE** its **reply** in support of its motion for TRO/PI |
| **February 7, 2020** | Plaintiff shall **FILE** its **reply** in support of its motion to supplement the administrative record and/or motion for discovery |
| **February 21, 2020** | Plaintiff shall **FILE** its **response** to defendant's and defendant-intervenor's partial motions for dismissal |
| **March 6, 2020** | Defendant and defendant-intervenor shall **FILE** their **replies** in support of their partial motions for dismissal |

Assuming the parties do not seek to modify the deadlines herein, the court will endeavor to issue a ruling on the motion for temporary restraining order and/or preliminary injunction by February 11, 2020.

Also pending before the court is plaintiff's unopposed motion for leave to file video exhibits.  See ECF No. 112.  Therein, plaintiff requests permission to file video exhibits in support of its forthcoming motions and also requests direction from the court on the procedure for doing so.  Plaintiff's motion for leave to file video exhibits, ECF No. 112, is **GRANTED**.  However, the court has determined that its case management/electronic case filing (CM/ECF) system cannot presently accommodate such filings.  The court, therefore, directs plaintiff to **PROVIDE** the exhibits to the clerk's office on an **external hard drive**, along with **DELIVERING** two courtesy copies of the external hard drive for chambers use.  Plaintiff shall concurrently **FILE** a **notice** of filing the supplemental external hard drives on the docket in this case through CM/ECF.

IT IS SO ORDERED.

                                            s/Patricia E. Campbell-Smith
                                            PATRICIA E. CAMPBELL-SMITH
                                            Judge