**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | |
| Plaintiff, | |
| v. | Case No. 19-1796 C |
| UNITED STATES OF AMERICA, by and through the U.S. Department of Defense, | Judge Campbell-Smith |
| Defendant, | |
| and | |
| MICROSOFT CORPORATION, | |
| Defendant-Intervenor. | |

**PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO ENLARGE PAGE LIMIT**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, Plaintiff, Amazon Web Services, Inc. ("AWS"), respectfully requests this Court strike the Unopposed Motion for Leave to Enlarge Page Limit Plaintiff filed earlier today, January 16, 2020 ("Motion for Enlargement").  *See* Pl.'s Unopposed Mot. for Leave to Enlarge Page Limit, ECF No. 120. Plaintiff inadvertently noted in the heading of its Motion for Enlargement, and in the ECF docket entry, that its Motion was Unopposed.  However, as explained in the Motion for Enlargement, while Defendant does not oppose Plaintiff's Motion, Defendant-Intervenor does.  After consulting with Defendant and Defendant-Intervenor regarding this unintentional error, both parties consent to Plaintiff's present Motion to Strike.

Accordingly, Plaintiff requests the Court GRANT Plaintiff's Motion to Strike Plaintiff's Unopposed Motion for Leave to Enlarge Page Limit.

Dated:  January 16, 2020

Respectfully submitted,

By:  _____

Kevin P. Mullen
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff,*
*Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
(213) 229-7000