# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,<br><br>                  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>                  Defendant-Intervenor. | Case No.  19-cv-01796<br><br>Judge Campbell-Smith |

## AMAZON WEB SERVICES, INC.'S
## MOTION FOR LEAVE TO ENLARGE PAGE LIMIT

Pursuant to Rule 5.4(b)(1) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Amazon Web Services, Inc. ("AWS"), through undersigned counsel, respectfully requests this Court's leave to exceed the page limit for the briefs submitted in connection with Plaintiff's forthcoming Motion for Preliminary Injunction and Temporary Restraining Order.

Plaintiff requests an additional 20 pages for Plaintiff's Memorandum in Support of its Motion for Preliminary Injunction and Temporary Restraining Order, increasing its page limit from 40 to 60 pages; an additional 20 pages for Defendant's and Defendant-Intervenor's respective Responses, increasing its page limit from 40 to 60 pages; and an additional 10 pages for Plaintiff's Reply, increasing its page limit from 20 to 30 pages.  These additional pages are necessary to sufficiently address the numerous factual and legal issues in this bid protest.  Plaintiff has consulted with counsel for Defendant and Defendant-Intervenor.  Defendant United States does not oppose

the motion but defers to the Court's resolution. Defendant-Intervenor opposes the motion. This is Plaintiff's first request to exceed the page limitation set by Rule 5.4(b)(1).

For the foregoing reasons, Plaintiff requests the Court **GRANT** this Motion.

Dated:       January 17, 2020               Respectfully submitted,

By: _____
Kevin P. Mullen
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff*
*Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Theodore J. Boutrous Jr.
Richard J. Doren
Eric D. Vandevelde
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197