# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> by and through the U.S. Department of Defense, <br><br> Defendant, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Defendant-Intervenor. | Case No. 19-cv-01796 <br><br> Judge Campbell-Smith |

## PLAINTIFF AMAZON WEB SERVICES, INC.'S
## NOTICE OF FILING OF VIDEO EXHIBITS

Pursuant to the Court's Order dated January 15, 2020 (Dkt. 115 at 2), Plaintiff Amazon Web Services, Inc. ("AWS") provides notice that it has filed documents APP 005, APP 006, APP 059, APP 200 and APP 233 of the Appendix to its Renewed Motion to Supplement the Administrative Record with the Clerk's Office on an external hard drive. Pursuant to the Court's Order, AWS is also providing two courtesy copies of the external hard drive for chambers use. Additionally, AWS is delivering duplicative copies of the hard drive to counsel for Defendant, United States of America, and Defendant-Intervenor, Microsoft Corporation.

Dated:  January 17, 2020

Respectfully submitted,

By: _____
Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff*
*Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Daniel E. Chudd
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, D.C.  20036-5306

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197