# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: January 21, 2020)[1]

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

Two motions are presently pending before the court: (1) defendant's motion to strike plaintiff's redacted version of the complaint, ECF No. 53; and (2) plaintiff's motion to withdraw six applications for access to protected material, ECF No. 104. The court will address each motion in turn.

First, in its motion to strike plaintiff's redacted version of its complaint, ECF No. 26, defendant argues that plaintiff's redactions are "overbroad" and "not warranted by law or this Court's protective order." See ECF No. 53 at 1. The court views this motion as premature. Disagreements as to what information should be made public are most appropriately resolved at the conclusion of this matter, in connection with the issuance of a public version of the court's opinion. For this reason, defendant's motion to strike, ECF No. 53, is **DENIED**.

---

[1] This order was initially filed under seal on January 3, 2020. See ECF No. 106. On January 14, 2020, the parties proposed no redactions. See ECF No. 113. Accordingly, the January 3, 2020 order is hereby re-issued for public view in its original form.

Second, plaintiff has moved the court to withdraw six applications for access to protected information that it filed on behalf of "HeleCloud employees [plaintiff] sought to engage as expert consultants." ECF No. 104 at 1. Specifically, plaintiff seeks to withdraw applications for the following individuals: Craig Tunstall, ECF No. 75; Dob Todorov, ECF No. 76; Nikolay Dinev, ECF No. 77; Nikos Terizakis, ECF No. 78; Ivaylo Vrabchev, ECF No. 80; and Branimir Nikolov, ECF No. 81. Plaintiff states that "[a]fter discussions with Defendant and Defendant-Intervenor regarding these applications, Plaintiff has decided to withdraw them." Id. Neither defendant nor intervenor-defendant objects. See id. Accordingly, plaintiff's motion to withdraw applications for access to protected material, ECF No. 104, is **GRANTED**. The clerk's office is directed to **STRIKE** the following **six applications for access**: (1) Craig Tunstall, ECF No. 75; (2) Dob Todorov, ECF No. 76; (3) Nikolay Dinev, ECF No. 77; (4) Nikos Terizakis, ECF No. 78; (5) Ivaylo Vrabchev, ECF No. 80; and (6) Branimir Nikolov, ECF No. 81.

On or before **January 17, 2020**, the parties shall **CONFER** and **FILE** a **notice of filing proposed redactions**, attaching an agreed-upon redacted version of this order with any competition-sensitive or proprietary information blacked out so that the court can enter a public version on the court's docket.

IT IS SO ORDERED.

        s/Patricia E. Campbell-Smith
        PATRICIA E. CAMPBELL-SMITH
        Judge