# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: January 23, 2020)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

On January 15, 2020, the court entered an order, at the request of the parties, scheduling briefing for the following four motions: (1) plaintiff's motion to supplement the administrative record and/or for discovery; (2) defendant's partial motion for dismissal; (3) intervenor-defendant's partial motion for dismissal; and (4) plaintiff's motion for temporary restraining order and/or preliminary injunction. See ECF No. 115. On January 20, 2020, plaintiff filed a motion to complete the administrative record, a motion that was not accounted for in the schedule previously proposed to, and entered by, the court.[1] See ECF No. 127.

On or before **January 27, 2020**, the parties shall **CONFER** and **FILE** a **joint status report** informing the court as to whether plaintiff's motion to complete the administrative record, ECF No. 127, will disrupt the previously entered schedule. As noted in the January 15, 2020 order, the court is preparing for a trial, which starts on

---

[1] The briefing deadlines for this motion will be set in accordance with the court's rules.

February 18, 2020 and is expected to continue for a period of three weeks.  Changes to the briefing schedule previously entered by the court will compromise the court's ability to render decisions on the parties' preferred timeline.

      IT IS SO ORDERED.

                                                     s/Patricia E. Campbell-Smith
                                                     PATRICIA E. CAMPBELL-SMITH
                                                     Judge