**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 19-1796C |
| Defendant, | ) | (Judge Patricia E. Campbell-Smith) |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Intervenor-defendant. | ) | |

**INDEX TO THE AMENDED ADMINISTRATIVE RECORD**

| Tab | Document | Page |
|---|---|---|
| | **ADMINISTRATIVE RECORD IN ORACLE AMERICA, INC. V. UNITED STATES AND AMAZON WEB SERVICES, INC., COFC NO. 18-1880C** | |
| | **Government Accountability Office (GAO) Agency Report Exhibits** | |
| 1 | Request for Proposal (RFP) HQ00334-18-R-0077 Sections A-M, dated July 26, 2018 | 1 |
| 2 | RFP Attachment J-6 to Original JEDI Solicitation: Cyber Security Plan | 98 |
| 3 | RFP Attachment J-7 to Original JEDI Solicitation: DD Form 254 | 114 |
| 4 | RFP Attachment J-8 to Original JEDI Solicitation: Definitions | 120 |
| 5 | RFP Attachment J-9 to Original JEDI Solicitation: Contract Data Requirements Lists (CDRL)<br><br>• CDRL-1 Contract Monthly Progress Report (J-9)<br>• CDRL-2 Transition Out Plan<br>• CDRL-3 Contract Security Management Plan<br>• CDRL-4 Technology Refresh Plan | 126 |

<table>
<tr><td></td><td><ul><li>CDRL-5 System Administrator Training Material</li><li>CDRL-6 Role-Based User Training Materials</li><li>CDRL-7 Portability Plan</li><li>CDRL-8 Contract Ordering Guide</li><li>CDRL-9 Change Management Roadmap</li><li>CDRL-10 Quality Control Plan</li><li>CDRL-11 Security Authorization Package</li><li>CDRL-12 Technical Report</li><li>CDRL-13 Small Business Reporting</li><li>CDRL-14 Portability Test</li><li>CDRL-15 Task Order Monthly Progress Report</li><li>CDRL-16 Meeting Materials</li></ul></td><td></td></tr>
</table>

| | | |
|---|---|---|
| 6 | RFP Attachment J-10: Small Business Participation Commitment Document | 177 |
| 7 | RFP Attachment L-1: Statement of Objectives | 178 |
| 8 | RFP Attachment L-2: Price Scenarios | 198 |
| 9 | RFP Attachment L-3: Task Order 001 Performance Work Statement | 218 |
| 10 | RFP Attachment L-4: Task Order 002 Performance Work Statement | 225 |
| 11 | RFP Attachment L-5: Price Scenario Build-Up Template | 226 |
| 12 | RFP Attachment L-6: Small Business Subcontracting Plan Template | 298 |
| 13 | RFP Attachment L-7: Organizational Conflict of Interest (OCI) Analysis/Disclosure Form | 307 |
| 14 | RFP Attachment L-8: Performance Work Statement/Statement of Objectives Crosswalk Matric | 309 |
| 15 | RFP Attachment L-9: Company Non-Disclosure Agreement for JEDI Cloud | 316 |
| 16 | Determination and Findings for Authority to Award a Task Order Contract to a Single Source, dated July 19, 2018 | 318 |
| 17 | Joint Requirements Oversight Council Memorandum regarding Joint Characteristics and Considerations for Accelerating to Cloud Architecture and Services, dated December 22, 2017 | 321 |
| 18 | JEDI Cloud Industry Day Power Point, dated March 7, 2018 | 336 |

| 19 | Memoranda regarding JEDI Acquisition Process and Release of Solicitation, dated March 5, 2018, and July 19, 2018 | 361 |
|---|---|---|
| 20 | Market Research Report, dated March 27, 2018 (PROTECTED) | 365 |
| 21 | Business Case Analysis, dated April 11, 2018 (PROTECTED) | 397 |
| 22 | Pricing Scenario Analysis as of May 17, 2018 (PROTECTED) | 423 |
| 23 | Acquisition Plan, signed June 28-July 12, 2018, and Addendum signed July 19, 2018 (PROTECTED) | 429 |
| 24 | Memorandum regarding Rationale for Using a Single-Award Task Order Contract, dated July 17, 2018 (PROTECTED) | 455 |
| 25 | Acquisition Strategy, dated July 19, 2018 (PROTECTED) | 468 |
| 26 | Sections A-M of Amendment 1 to JEDI Solicitation, dated August 23, 2018 | 508 |
| 27 | Attachment L-1 to Amendment 1 to JEDI Solicitation: Statement of Objectives | 607 |
| 28 | Attachment L-2 to Amendment 1 to JEDI Solicitation: Price Scenarios | 627 |
| 29 | Attachment J-8 to Amendment 1 to JEDI Solicitation: Definitions | 647 |
| 30 | Attachment J-10 to Amendment 1 to JEDI Solicitation: Small Business Participation Commitment Document | 653 |
| 31 | Summary of Changes in Amendment 1 to JEDI Solicitation | 654 |
| 32 | Questions and Answers Posted in Amendment 1 to JEDI Solicitation | 659 |
| 33 | Contracting Officer's Memorandum Assessing No Impact Under FAR § 3.104-7, dated July 23, 2018 (PROTECTED) | 683 |
| 34 | E-mails regarding Deap Ubhi and Amazon Web Services, Inc. (Amazon), dated September 25, 2017, through November 17, 2017 (PROTECTED) | 688 |
| 35 | Sections A-M of Amendment 2 to JEDI Solicitation, dated August 31, 2018 | 718 |
| 36 | Attachment L-2 to Amendment 2 to JEDI Solicitation: Price Scenarios | 815 |

| 37 | Attachment L-8 to Amendment 2 to JEDI Solicitation: Performance Work Statement/Statement of Objectives Crosswalk | 835 |
|---|---|---|
| 38 | Attachment J-7 to Amendment 2 to JEDI Solicitation: DD Form 254 | 843 |
| 39 | Summary of Changes in Amendment 2 to JEDI Solicitation | 850 |
| 40 | Questions and Answers Posted in Amendment 2 to JEDI Solicitation | 852 |
| 41 | Oracle America, Inc. (Oracle) Response to Department of Defense (DoD) Cloud Request for Information (RFI), dated November 17, 2017 (PROTECTED) | 861 |
| 42 | Memorandum Justifying Factor 1 Gate Criteria, dated July 23, 2018 (PROTECTED) | 944 |
| 43 | Memorandum Justifying Amendments 1 and 2 of JEDI Solicitation, dated September 3, 2018 (PROTECTED) | 953 |
| 44 | Additional DoD Cloud RFI Responses (PROTECTED) | 959 |
| 45 | E-mail from Deap Ubhi Recusing Himself from JEDI Cloud Procurement, dated October 31, 2017 | 2777 |
| 46 | Communications from Deap Ubhi regarding his Resignation from the Defense Digital Service, dated November 6-13, 2017 | 2779 |
| 47 | Communications between Deap Ubhi and other DoD personnel regarding JEDI Cloud requirement (PROTECTED) | 2783 |
| 48 | Change Page for Amendment 3 to JEDI Solicitation, dated September 24, 2018 | 4303 |
| 49 | Attachment J-7 to Amendment 3 to JEDI Solicitation: DD Form 254 | 4304 |
| 50 | Conflict of Interest and Non-Disclosure Agreement for the DoD JEDI Cloud Initiative | 4311 |
| 51 | Additional Documents produced to GAO, dated September 27, 2017, through July 11, 2018 (PROTECTED) | 4312 |
| 52 | Narrative of Amendment 4 to JEDI Solicitation, dated October 9, 2018 | 4438 |
| 53 | Deap Ubhi Non-Disclosure Agreement, dated September 28, 2017, and Screenshot of September 28, 2017 Slack Message (PROTECTED) | 4440 |

| | **Additional GAO Filings** | |
|---|---|---|
| 54 | Oracle GAO Protest, dated August 6, 2018 | 4442 |
| 55 | Agency Notice of Appearance, dated August 7, 2018 | 4711 |
| 56 | GAO Acknowledgement of Protest and Notice of Protective Order, dated August 8, 2018 | 4713 |
| 57 | Agency Request for Protective Order, dated August 9, 2018 | 4723 |
| 58 | Oracle Protective Order Applications, filed August 10, 2018 | 4724 |
| 59 | Agency Initial Table of Contents for Agency Report Exhibits, August 14, 2018 | 4739 |
| 60 | Agency Five-Day Letter, dated August 17, 2018 | 4742 |
| 61 | Oracle Response to Agency Five-Day Letter, dated August 20, 2018 (PROTECTED) | 4745 |
| 62 | Agency Reply regarding Five-Day Letter, filed August 22, 2018 | 4753 |
| 63 | Oracle Supplemental Protest, dated August 23, 2018 (PROTECTED) | 4757 |
| 64 | Agency List of Persons Personally and Substantially Involved in JEDI Cloud, dated August 27, 2018 (PROTECTED) | 4860 |
| 65 | Agency Updated Table of Contents for Agency Report Exhibits, dated August 28, 2018 | 4866 |
| 66 | Letter Transmitting Additional Agency Report Exhibits, with Updated Table of Contents and Originally Filed Redacted Tab 33, dated August 31, 2018 (PROTECTED) | 4869 |
| 67 | Oracle Revised and Consolidated Supplemental Protest (without exhibits1), dated September 6, 2018 (PROTECTED) | 4878 |
| 68 | Agency Objections to Consolidated Protest Document Request, dated September 10, 2018 (PROTECTED) | 4976 |
| 69 | Agency Updated Table of Contents for Agency Report, dated September 24, 2018 | 4980 |
| 70 | Agency Consolidated Contracting Officer Statement of Fact, dated September 24, 2018 (PROTECTED) | 4984 |

| | | |
|---|---|---|
| 71 | Agency Consolidated Memorandum of Law, dated September 24, 2018 (PROTECTED) | 5034 |
| 72 | Oracle Request for Additional Documents, dated September 26, 2018 (PROTECTED) | 5110 |
| 73 | Oracle Supplemental Protest and Comments on Consolidated Agency Report (without exhibit2), dated October 1, 2018 (PROTECTED) | 5117 |
| 74 | GAO Notice of Hearing, dated October 3, 2018 | 5226 |
| 75 | Agency Supplemental Contracting Officer Statement of Fact, dated October 9, 2018 (PROTECTED) | 5228 |
| 76 | Agency Supplemental Memorandum of Law, filed October 9, 2018 (PROTECTED) | 5240 |
| 77 | Oracle Hearing Exhibits, filed October 10, 2018 (PROTECTED) | 5252 |
| 78 | Transcript of October 11, 2018, GAO Hearing (PROTECTED) | 5395 |
| 79 | Agency Updated Table of Contents for Agency Report, dated October 18, 2018 | 5787 |
| 80 | Oracle Post-Hearing Comments, dated October 18, 2018 (PROTECTED) | 5791 |
| 81 | Agency Post-Hearing Comments, dated October 18, 2018 (PROTECTED) | 5866 |
| 82 | Oracle Comments on Agency Post-Hearing Report Related To Public Law No. 115-245, dated October 23, 2018 (PROTECTED) | 5890 |
| 83 | GAO Decision and Press Release, dated November 14, 2018 | 5899 |
| 84 | Oracle Notice of Intent to File Court of Federal Claims Protest, dated November 29, 2018 | 5921 |
| 85 | GAO Docket Report | 5922 |
| **Additional Acquisition Documents** | | |
| 86 | Minutes of September 14, 2017, Cloud Executive Steering Group (CESG) Meeting (PROTECTED) | 5927 |
| 87 | Minutes of September 28, 2017 CESG Meeting (PROTECTED) | 5930 |

| 88 | Summary of October 5, 2017 CESG Meeting (PROTECTED) | 5933 |
|---|---|---|
| 89 | DoD Cloud RFI, dated October 30, 2017 | 5935 |
| 90 | Amended DoD Cloud RFI, dated October 31, 2017 | 5941 |
| 91 | Second Amended DoD Cloud RFI, dated October 31, 2017 | 5949 |
| 92 | JEDI Informational Document, dated November 6, 2017 | 5957 |
| 93 | JEDI Cloud Services Working Group Briefing, December 1, 2017 (PROTECTED) | 5958 |
| 94 | Memorandum from Deputy Secretary of Defense regarding Accelerating Enterprise Cloud Adoption Update, dated January 8, 2018 | 5978 |
| 95 | Agenda for February 9, 2018 CESG Meeting | 5980 |
| 96 | JEDI Cloud Industry Day Notice, dated February 14, 2018 | 5981 |
| 97 | JEDI Cloud Frequently Asked Questions Posted on DoD Website, dated February 15, 2018 | 5984 |
| 98 | Updated JEDI Cloud Industry Day Notice, dated February 15, 2018 | 5988 |
| 99 | Second Updated JEDI Cloud Industry Day Notice, dated February 22, 2018 | 5991 |
| 100 | Draft JEDI Solicitation, dated March 7, 2018 | 5995 |
| 101 | Third Updated JEDI Cloud Industry Day Notice providing Industry Day Slides (without slides3), dated March 9, 2018 | 6131 |
| 102 | Industry Day Video Internet Link (video incorporated by reference), posted March 13, 2017 | 6135 |
| 103 | Update regarding Draft JEDI Solicitation, dated March 24, 2018 | 6136 |
| 104 | Second Update regarding Draft JEDI Solicitation, dated April 13, 2018 | 6140 |
| 105 | Second Draft JEDI Solicitation, dated April 16, 2018 | 6144 |
| 106 | Update regarding Second Draft JEDI Solicitation, dated April 18, 2018 | 6433 |

| 107 | Defense Procurement and Acquisition Policy (DPAP) Phase I Peer Review of JEDI Cloud Service Program, dated April 24, 2018 (PROTECTED) | 6472 |
| 108 | Second Update regarding Second Draft JEDI Solicitation, dated April 30, 2018 | 6484 |
| 109 | DoD Chief Management Officer Report to Congress Regarding Cloud Computing Serviced (with cover letters), dated May 7, 2018 (PROTECTED) | 6490 |
| 110 | Draft JEDI DD Form 254, posted May 7, 2018 | 6509 |
| 111 | Draft JEDI Pricing Documents, posted May 31, 2018 | 6524 |
| 112 | Justification and Approval for One-Time Use of Special Contract Requirements and Clauses in JEDI Contract, signed June 26-27, 2018 (PROTECTED) | 6673 |
| 113 | Contracting Officer Response to DPAP Phase I Peer Review of JEDI Cloud Service Program, dated July 20, 2018 (PROTECTED) | 6690 |
| 114 | JEDI Source Selection Plan, dated July 20, 2018 (PROTECTED) | 6717 |
| 115 | Federal Business Opportunity (FBO) website Posting of JEDI Solicitation and Associated Documents (without solicitation4), dated July 26, 2018 | 6762 |
| 116 | FBO Notice of JEDI Solicitation, dated July 26, 2018 | 7922 |
| 117 | E-mail Chain Providing Oracle Access to "For Official Use Only" Documents referenced in Solicitation, dated August 1-3, 2018 (PROTECTED) | 7929 |
| 118 | FBO Notice of Oracle GAO Protest, dated August 9, 2018 | 8171 |
| 119 | E-mails regarding Individual Question and Answer Sessions (PROTECTED) | 8444 |
| 120 | Audio Recording of Individual Question and Answer Session with International Business Machines Corporation (IBM), August 13, 2018 (PROTECTED) | n/a |
| 121 | Audio Recording of Individual Question and Answer Session with Microsoft Corporation (Microsoft), August 13, 2018 (PROTECTED) | n/a |

| 122 | Audio Recording of Individual Question and Answer Session with Amazon, August 15, 2018 (PROTECTED) | n/a |
|---|---|---|
| 123 | Audio Recording of Individual Question and Answer Session with Oracle, August 15, 2018 (PROTECTED) | n/a |
| 124 | FBO Notice of Amendment 1 to JEDI Solicitation (with comment resolution matrix5), dated August 23, 2018 | 8474 |
| 125 | FBO Notice of Amendment 2 to JEDI Solicitation (without attached amendment6), dated August 31, 2018 | 8484 |
| 126 | Amended Source Selection Plan, dated September 13, 2018 (PROTECTED) | 8490 |
| 127 | FBO Notice of Amendment 3 to JEDI Solicitation (without attached amendment7), dated September 24, 2018 | 8538 |
| 128 | Amendment 4 to JEDI Solicitation (without Attachment L-58), dated October 9, 2018 | 8541 |
| 129 | DoD Communications with Congress regarding Single-Award Approach | 8547 |
| 130 | DoD Communications with Potential JEDI Cloud Users regarding Single-Award Approach (PROTECTED) | 8702 |
| 131 | DoD Communications with Industry regarding Challenged Solicitation Terms (PROTECTED) | 8738 |
| 132 | Office of Management Budget Circular A-76 revised Supplemental Handbook, dated June 1999 | 8924 |
| 133 | DoD Information Enterprise Architecture: Core Data Center Reference Architecture, dated September 18, 2012 | 9001 |
| 134 | IT Acquisition Advisory Council (IT-AAC) Roadmap for Achieving Sustainable Defense IT/Cyber Acquisition Reform, 2.0, dated September 24, 2014 | 9068 |
| 135 | National Institute of Standards and Technology Publication: Security and Privacy Controls for Federal Information Systems and Organizations, dated January 22, 2015 | 9079 |
| 136 | Institute for Defense Analyses (IDA) Paper: DoD Use of Cloud Computing Capabilities and Services, dated November 2015 | 9532 |

| 137 | IDA Memorandum: Quick Look Report- Use of Cloud Technology by Top 50 Fortune 500 Companies (PROTECTED) | 9596 |
|---|---|---|
| 138 | 2017 General Schedule Hourly Pay Tables | 9619 |
| 139 | Defense Innovation Board Fact Sheet For January 9, 2017 Meeting | |
| 140 | DoD Cloud Connection Process Guide, dated March 2017 | 9667 |
| 141 | Amazon Fiscal Year 2017 Service Catalog, dated March 3, 2017 (PROTECTED) | 9669 |
| 142 | DoD Cloud Computing Security Requirements Guide, dated March 6, 2017 | 9761 |
| 143 | Government Cloud Insider Article: Nine Cloud Migration Mistakes — and How to Avoid Them, dated March 14, 2017 | 22387 |
| 144 | Dissertation: The Benefits and Challenges of Implementing Cloud Computing in US Army Data Centers, dated April 23, 2017 | 22394 |
| 145 | House Committee on Oversight and Government Reform Report on Modernizing Government Technology Act of 2017, dated May 17, 2017 | 22515 |
| 146 | Gartner, Inc. (Gartner) Report: Cool Vendors in Cloud Computing, 2017, dated May 25, 2017 (PROTECTED) | 22533 |
| 147 | McKinsey Global Institute Discussion Paper: Artificial Intelligence The Next Global Frontier?, dated June 2017 (PROTECTED) | 22544 |
| 148 | Congressional Research Service Report: The Current State of Federal Information Technology Acquisition Reform and Management, dated June 23, 2017 | 22624 |
| 149 | GAO Report: Military Acquisition, DoD is Taking Steps to Address Challenges Faced by Certain Companies, dated July 2017 | 22646 |
| 150 | GAO Report: Data Center Optimization, Agencies Need to Address Challenges and Improve Progress to Achieve Cost Savings Goal, dated August 2017 | 22687 |
| 151 | Microsoft Azure Blog Post: Announcing the Confidential Consortium Blockchain Framework for Enterprise Blockchain Networks, dated August 10, 2017 | 22774 |

| 152 | Govini Analyst Report on Cloud Taxonomy, dated September 1, 2017 (PROTECTED) | 22781 |
| 153 | Amazon Response to Market Research Inquiry (PROTECTED) | 22794 |
| 154 | Microsoft Azure Blog Post: Introducing Azure Confidential Computing, dated September 14, 2017 | 22796 |
| 155 | IDA Paper: Storage as a Service (PROTECTED) | 22803 |
| 156 | National Geospacial-Intelligence Agency Paper: Enterprise Cross Domain Solutions (PROTECTED) | 22814 |
| 157 | Commercial Cloud Services (C2S) Discussion with Defense Digital Services Slides, dated September 19, 2017 (PROTECTED) | 22820 |
| 158 | IT-AAC Recommendations for Implementing Executive Order 13800 and Federal IT Modernization | 22824 |
| 159 | Washington Technology Article: Dell EMC, General Dynamics, Microsoft Land $1 Billion Air Force Cloud Migration Contract, dated September 21, 2017 | 22827 |
| 160 | IT-AAC Power Point: Roadmap for IT Modernization and Network Resilience | 22830 |
| 161 | Lessons Learned from the Intelligence Communities Commercial Cloud Services Experience, 2011-2017 (PROTECTED) | 22852 |
| 162 | Cloud Security Alliance Paper: Improving Metrics in Cyber Resiliency | 228578 |
| 163 | Defense Information Systems Agency Cloud Engagement Overview, dated October 2017 (PROTECTED) | 22875 |
| 164 | Microsoft Direct Connection Paper (PROTECTED) | 22886 |
| 165 | Baseline Information Document for Cloud Focus Sessions (PROTECTED) | 22903 |
| 166 | Power Point regarding Navy's Transition to the Cloud (PROTECTED) | 22916 |
| 167 | Microsoft Azure Blog Post: Announcing New Azure Government Capabilities for Classified Mission-Critical Workloads, dated October 17, 2017 | 22925 |

| 168 | Army Cloud Adoption and Transitioning Overview, dated October 17, 2017 (PROTECTED) | 22931 |
| 169 | Amazon Snowball Edge Features Webpage | 22936 |
| 170 | Amazon IoT Greengrass Webpage | 22943 |
| 171 | Microsoft Azure Blog Post: Cray Supercomputers are Coming to Azure, dated October 23, 2017 | 22954 |
| 172 | Microsoft Azure Blog Post: Introducing AKS (Managed Kubernetes) and Azure Container Registry Improvements, dated October 24, 2017 | 22959 |
| 173 | VMware Market Research Submission, submitted October 24, 2017 (PROTECTED) | 22967 |
| 174 | Microsoft Azure Blog Post: Managed Applications are Now Generally Available in the Azure Marketplace, dated November 2, 2017 | 23021 |
| 175 | MITRE Corporation Report: Accelerating Enterprise Cloud Adoption Role of Program Office for Enterprise Cloud Services Lessons Learned: Intelligence Community C2S Technical & Management, November 2, 2017 (PROTECTED) | 23027 |
| 176 | Power Point regarding Google Cloud Platform (PROTECTED) | 23037 |
| 177 | Power Point regarding IBM Cloud Security – Services & Offerings Strategy & Capabilities (PROTECTED) | 23051 |
| 178 | Gartner Power Point: regarding Cloud Migration Strategy, dated November 8, 2017 (PROTECTED) | 23140 |
| 179 | E-mail Providing Gartner Report regarding When to Use Multiple Cloud Providers, dated April 30, 2018 (PROTECTED) | 23180 |
| 180 | Other Solicitation, Contract, and Requirements Documents Considered (PROTECTED) | 23185 |
| **Ethics Filings** | | |
| 181 | Sally Donnelly Office of Government Ethics (OGE) Form 278e, approved August 30, 2017 | 23943 |
| 182 | Sally Donnelly OGE Form 278-T, dated February 22, 2018 | 23951 |

| 183 | Sally Donnelly Disqualification Statement as Consultant, dated March 7, 2018 | 23956 |
|---|---|---|
| 184 | Sally Donnelly OGE Form 278e, signed May 3, 2018 | 23957 |
| 185 | Anthony DeMartino OGE Form 278e, approved June 22, 2018 | 23967 |
| 186 | Anthony DeMartino OGE Form 278e, approved July 6, 2018 | 23973 |

**February 2019 Amendment Correcting Docket No. 18-1880C Administrative Record**

| 187 | Exhibit to Oracle Supplemental GAO Protest and Comments on Consolidated Agency Report (Tab 73), dated October 1, 2018 (PROTECTED) | 23979 |
|---|---|---|

**Additional Acquisition Planning Documents, Proposals, Evaluations, And Communications**

| 188 | Conflict of Interest and Non-Disclosure Agreements, dated September 21, 2017, through March 19, 2019 (PROTECTED) | 23983 |
|---|---|---|
| 189 | Independent Government Cost Estimate, dated June 25, 2018 (PROTECTED) | 24127 |
| 190 | Task Order 1 Independent Government Cost Estimate, dated June 25, 2018 (PROTECTED) | 24133 |
| 191 | Independent Government Cost Estimate Narrative, dated July 20, 2018 (PROTECTED) | 24136 |
| 192 | Source Selection Leadership Training Slides (PROTECTED) | 24146 |
| 193 | Source Selection Training Slides (PROTECTED) | 24195 |
| 194 | Amazon Proposal, dated October 12, 2018 (PROTECTED) | 24417 |
| 195 | IBM Proposal, dated October 12, 2018 (PROTECTED) | 47802 |
| 196 | Microsoft Proposal, dated October 12, 2018 (PROTECTED) | 53513 |
| 197 | Oracle Proposal, dated October 12, 201812 (PROTECTED) | 56039 |
| 198 | Proposal Receipt Verifications, dated October 12, 2018 (PROTECTED) | 57806 |

| 199 | Microsoft Response to Request for Clarifications, dated November 12, 2018 (PROTECTED) | 57811 |
|---|---|---|
| 200 | Oracle Response to Request for Clarifications, dated November 20, 2018 (PROTECTED) | 57813 |
| 201 | Technical Evaluation Board (TEB) Consensus Evaluation for Factor 1 for Amazon, signed December 7-12, 2018 (PROTECTED) | 57815 |
| 202 | TEB Consensus Evaluation for Factor 1 for IBM, signed December 7-12, 2018 (PROTECTED) | 57827 |
| 203 | TEB Consensus Evaluation for Factor 1 for Microsoft, signed December 7-12, 2018 (PROTECTED) | 57833 |
| 204 | TEB Consensus Evaluation for Factor 1 for Oracle, signed December 7-12, 2018 (PROTECTED) | 57845 |
| 205 | Amended Source Selection Plan, dated February 15, 2019 (approved February 27, 2019) (PROTECTED) | 57851 |
| 206 | TEB Consensus Evaluation for Factor 2 for Amazon, dated February 19, 2019 (PROTECTED) | 57899 |
| 207 | TEB Consensus Evaluation for Factor 2 for Microsoft, dated February 19, 2019 (PROTECTED) | 57931 |
| 208 | TEB Consensus Evaluation for Factor 3 for Amazon, dated February 15, 2019 (PROTECTED) | 57960 |
| 209 | TEB Consensus Evaluation for Factor 3 for Microsoft, dated February 15, 2019 (PROTECTED) | 57979 |
| 210 | TEB Consensus Evaluation for Factor 4 for Amazon, dated February 18, 2019 (PROTECTED) | 58002 |
| 211 | TEB Consensus Evaluation for Factor 4 for Microsoft, dated February 18, 2019 (PROTECTED) | 58016 |
| 212 | TEB Consensus Evaluation for Factor 5 for Amazon, signed February 19, 2019 (PROTECTED) | 58030 |
| 213 | TEB Consensus Evaluation for Factor 5 for Microsoft, signed February 19, 2019 (PROTECTED) | 58051 |

| 214 | TEB Consensus Evaluation for Factor 6 for Amazon, signed February 15, 2019 (PROTECTED) | 58071 |
|---|---|---|
| 215 | TEB Consensus Evaluation for Factor 6 for Microsoft, signed February 5, 2019 (PROTECTED) | 58092 |
| 216 | Price Evaluation Board Report, dated February 20, 2019 (PROTECTED) | 58107 |
| 217 | Source Selection Evaluation Board Executive Summary Report, dated February 25, 2019 (PROTECTED) | 58624 |
| 218 | Source Selection Advisory Council Executive Summary Report, dated February 25, 2019 (PROTECTED) | 58641 |
| 219 | Source Selection Authority Factor 1 Determination, dated February 26, 2019 (PROTECTED) | 58643 |
| 220 | Source Selection Advisory Council brief to the Source Selection Authority regarding the Competitive Range Determination (PROTECTED) | 58645 |
| 221 | Contracting Officer's Reassessment of Potential Procurement Integrity Act (PIA) Violation by Deap Ubhi and Impact, signed April 9, 2019 (PROTECTED) | 58696 |
| 222 | Contracting Officer's Assessment of Victor Gavin's No Impact Under 48 CFR § 3.104-7, signed April 9, 2019 (PROTECTED) | 58744 |
| 223 | Contracting Officer's Organizational Conflict of Interest (OCI) Determination regarding Amazon, signed April 9, 2019 (PROTECTED) | 58749 |
| 224 | Contracting Officer's Memorandum to Source Selection Authority Documenting Anticipated Determination of Competitive Range and Requesting Concurrence, dated April 9, 2019 (PROTECTED) | 58758 |
| 225 | E-mail Transmitting Competitive Range Recommendation and Draft Concurrence to Source Selection Authority, dated April 9, 2019 (PROTECTED) | 58763 |
| 226 | Source Selection Authority Competitive Range Concurrence, signed April 10, 2019 (PROTECTED) | 58773 |
| 227 | Contracting Officer Competitive Range Determination, dated April 10, 2019 (PROTECTED) | 58777 |

| 228 | Notices of Non-Compliance to Offerors that Submitted Incomplete Proposals, dated April 10, 2019 (PROTECTED) | 58778 |
|---|---|---|
| 229 | Notice of Competitive Range to Amazon, dated 10 April 2019 (PROTECTED) | 58787 |
| 230 | Notice of Competitive Range to Microsoft, dated 10 April 2019 (PROTECTED) | 59004 |
| 231 | Unsuccessful Offeror Notification and Pre-award Debriefing to IBM, dated April 10, 2019 (PROTECTED) | 59216 |
| 232 | Unsuccessful Offeror Notification and Pre-award Debriefing to Oracle, dated April 10, 2019 (PROTECTED) | 59224 |
| 233 | DoD Response to Oracle's Debriefing Questions, dated April 18, 2019 (PROTECTED) | 59232 |
| 234 | Additional Communications between DoD and Amazon, dated July 27, 2018 through April 10, 2019 (PROTECTED) | 59244 |
| 235 | Additional Communications between DoD and Microsoft, dated August 1, 2018 through March 29, 2019 (PROTECTED) | 59510 |
| 236 | Additional Communications between DoD and IBM, dated August 2, 2018 through April 2, 2019 (PROTECTED) | 59778 |
| 237 | Additional Communications between DoD and Oracle, dated August 2, 2018 through April 15, 2019 (PROTECTED) | 60035 |
| **Additional OCI/PIA Investigation Documents** | | |
| 238 | Brandon Bouier Letter of Resignation from Defense Digital Service, dated August 18, 2017 | 60081 |
| 239 | Mr. Bouier Request for Personnel Action Information Form | 60082 |
| 240 | Cost Data From Google Drive, uploaded September 27, 2017 (PROTECTED) | 60085 |
| 241 | Draft Problem Statement, dated October 3, 2017 (last edited October 23, 2017) | 60089 |
| 242 | Additional Slack Messages, dated October 5-31, 2017 | 60092 |
| 243 | Draft Project Plan, lasted edited October 19, 2017 | 60343 |

| 244 | E-mail Chain Regarding Draft Requirements Memorandum, dated October 23, 2017 | 60345 |
|---|---|---|
| 245 | Draft Cloud RFI, last edited October 27, 2017 | 60348 |
| 246 | Vendor Meeting Notes, October 2017 | 60352 |
| 247 | Additional e-mails considered in PIA/OCI Investigation, dated September 15, 2017 through November 17, 2017 | 60369 |
| 248 | Draft Acquisition Strategy, dated April 3, 2018 (PROTECTED) | 6048 |
| 249 | Affidavit of Mr. Ubhi, dated December 14, 2018 (PROTECTED) | 60687 |
| 250 | Affidavit of Mr. Bouier, dated December 20, 2018 (PROTECTED) | 60693 |
| 251 | Letter from Amazon regarding Integrity Investigation, dated February 12, 2019 (PROTECTED) | 60698 |
| 252 | Amazon Response to Contracting Officer's Investigation Request for Information, dated February 22, 2019 (PROTECTED) | 60705 |
| 253 | Amazon Response to Contracting Officer's Investigation Request for Information, dated March 1, 2019 (PROTECTED) | 60711 |
| 254 | Amazon Response to Contracting Officer's Investigation Request for Information, dated March 5, 2019 (PROTECTED) | 60726 |
| 255 | Glassdoor Website Printout, dated March 6, 2019 | 60736 |
| 256 | E-mails between Cynthia Sutherland and other DoD Personnel, dated February 26, 2019 through March 7, 2019 (PROTECTED) | 60740 |
| 257 | Contracting Officer Investigation Request for Information (attaching March 5, 2019 Letter from Oracle), dated March 14, 2019 (PROTECTED) | 60751 |
| 258 | DoD Analysis of Edits Made to Certain Documents in Google Drive | 60777 |
| 259 | Amazon Response to Contracting Officer's Investigation Request for Information, dated March 21, 2019 (PROTECTED) | 60783 |
| 260 | Amazon Response to Oracle's March 5, 2019 Letter, dated March 25, 2019 (PROTECTED) | 60999 |

| 261 | Additional Communications between DoD and Amazon related to PIA/OCI Investigation, dated December 7, 2018 through March 25, 2019 (PROTECTED) | 61061 |
|---|---|---|
| 262 | Printouts of Websites Considered in PIA/OCI Investigation, printed March 13, 2019 through April 3, 2019 | 61151 |
| | **Additional Documents Considered in Factor Evaluations** | |
| 263 | National Institute of Standards and Technology Federal Information Processing Standards Publication 140-2, dated May 25, 2001 | 62092 |
| 264 | Committee on National Security Systems Advisory Memorandum TEMPEST/01-13, RED/BLACK Installation Guidance, dated January 17, 2014 | 62161 |
| 265 | National Institute of Standards and Technology Special Publication 800-57 Part 3 Revision 1, dated January 2015 | 62204 |
| 266 | Printouts of Websites Considered in Price Evaluation, printed April 22, 2019 | 62306 |
| | **DOCUMENTS UNIQUE TO AMAZON WEB SERVICES, INC. V. UNITED STATES AND MICROSOFT CORPORATION, COFC NO. 19-1796C** | |
| 267 | Emailed Questions from Amazon Web Services, Inc. (AWS) for the JEDI RFP, dated August 16, 2018 | 63028 |
| 268 | AWS Seven Day Notice Regarding Factor 8, dated April 10, 2019 | 63036 |
| 269 | Microsoft Seven Day Notice Regarding Factor 8, dated April 10, 2019 | 63039 |
| 270 | First Demonstration Procedures, dated April 18, 2019* (typo in document date) | 63042 |
| 271 | Microsoft First Demonstration.mp4, dated April 19, 2019 (PROTECTED) | n/a |
| 272 | Microsoft First Demonstration – Camera 1.mp4, dated April 19, 2019 (PROTECTED) | n/a |
| 273 | Microsoft First Demonstration – Camera 2.mp4, dated April 19, 2019 (PROTECTED) | n/a |
| 274 | Microsoft First Demonstration – Audio.mp3, dated April 19, 2019 (PROTECTED) | n/a |

| 275 | AWS First Demonstration.mp4, dated April 23, 2019 (PROTECTED) | n/a |
|---|---|---|
| 276 | AWS First Demonstration – Camera 1.mp4, dated April 23, 2019 (PROTECTED) | n/a |
| 277 | AWS First Demonstration – Camera 2.mp4, dated April 23, 2019 (PROTECTED) | n/a |
| 278 | AWS First Demonstration – Audio.mp3, dated April 23, 2019 (PROTECTED) | n/a |
| 279 | AWS Initial Proposal Volume IV, dated April 23, 2019 (PROTECTED) | 63051 |
| 280 | AWS Initial Proposal Volume VII, dated April 23, 2019 (PROTECTED) | 63160 |
| 281 | AWS Partner Small Business Administration (SBA) Dynamic Small Business Search (DSBS) Profiles (PROTECTED) | 63280 |
| 282 | AWS Partner System for Award Management (SAM) Reports (PROTECTED) | 633944 |
| 283 | Microsoft Initial Proposal Volume IV, dated April 23, 2019 (PROTECTED) | 63849 |
| 284 | Microsoft Initial Proposal Volume VII, dated April 23, 2019 (PROTECTED) | 63922 |
| 285 | Microsoft Partner DSBS Profiles (PROTECTED) | 64000 |
| 286 | Microsoft Partner SAM Reports (PROTECTED) | 64033 |
| 287 | Second Demonstration Procedures, dated April 28, 2018* (typo) | 64169 |
| 288 | AWS Initial Evaluation – Factor 7, May 2, 2019 (PROTECTED) | 64195 |
| 289 | Microsoft Initial Evaluation – Factor 7, May 2, 2019 (PROTECTED) | 64199 |
| 290 | Memorandum for Record (MFR) Documenting Need for Two Demonstration Activities, dated May 7, 2019 | 64204 |
| 291 | Microsoft Second Demonstration.mp4, dated May 8, 2019 (PROTECTED) | n/a |
| 292 | Microsoft Second Demonstration – Camera 1.mp4, dated May 8, 2019 (PROTECTED) | n/a |

| 293 | Microsoft Second Demonstration – Camera 2.mp4, dated May 8, 2019 (PROTECTED) | n/a |
|---|---|---|
| 294 | Microsoft Second Demonstration – Audio.mp3, dated May 8, 2019 (PROTECTED) | n/a |
| 295 | AWS Second Demonstration.mp4, dated May 9, 2019 (PROTECTED) | n/a |
| 296 | AWS Second Demonstration – Camera 1.mp4, dated May 9, 2019 (PROTECTED) | n/a |
| 297 | AWS Second Demonstration – Camera 2.mp4, dated May 9, 2019 | n/a |
| 298 | AWS Second Demonstration – Audio.mp3, dated May 9, 2019 | n/a |
| 299 | Amendment 0005 to JEDI Solicitation – AWS Transmittal Email, dated May 22, 2019 | 64208 |
| 300 | Amendment 0005 to JEDI Solicitation – Microsoft Transmittal Email, dated May 22, 2019 | 642009 |
| 301 | Amendment 0005 to JEDI Solicitation, dated May 22, 2019 | 64210 |
| 302 | Amendment 0005 to JEDI Solicitation – Attachment L-2 Price Scenarios, dated May 22, 2019 | 64310 |
| 303 | Amendment 0005 to JEDI Solicitation – Summary of Changes, dated May 22, 2019 | 64330 |
| 304 | Amendment 0005 to JEDI Solicitation – Questions and Answers, dated May 22, 2019 | 64332 |
| 305 | Source Selection Plan (revised June 25, 2019) (PROTECTED) | 64335 |
| 306 | Memorandum Regarding Factor 8 Official Videos, dated July 4, 2019 | 64382 |
| 307 | AWS Initial Evaluation – Factor 8, July 7, 2019 (PROTECTED) | 64383 |
| 308 | Microsoft Initial Evaluation – Factor 8, July 7, 2019 (PROTECTED) | 64403 |
| 309 | AWS Interim Proposal Revision (IPR), dated June 12, 2019 (PROTECTED) | 64425 |
| 310 | AWS IPR, dated June 21, 2019 (PROTECTED) | 111500 |
| 311 | AWS IPR, dated July 15, 2019 – 1 (PROTECTED) | 111502 |

| 312 | AWS IPR, dated July 15, 2019 – 2 (PROTECTED) | 140319 |
|---|---|---|
| 313 | AWS IPR, dated July 25, 2019 (PROTECTED) | 140756 |
| 314 | AWS IPR, dated July 30, 2019 (PROTECTED) | 145756 |
| 315 | AWS IPR, dated August 9, 2019 (PROTECTED) | 147291 |
| 316 | Microsoft IPR, dated June 12, 2019 (PROTECTED) | 147299 |
| 317 | Microsoft IPR, dated July 15, 2019 (PROTECTED) | 148705 |
| 318 | Microsoft IPR, dated July 16, 2019 (PROTECTED) | 148796 |
| 319 | Microsoft IPR, dated July 25, 2019 (PROTECTED) | 148840 |
| 320 | Microsoft IPR, dated July 26, 2019 (PROTECTED) | 150541 |
| 321 | Microsoft IPR, dated August 7, 2019 (PROTECTED) | 151024 |
| 322 | Microsoft IPR, dated 15 August 2019 (PROTECTED) | 151120 |
| 323 | AWS IPR Evaluation – Factor 2, dated August 22, 2019 (PROTECTED) | 151121 |
| 324 | AWS IPR Evaluation – Factor 3, dated August 27, 2019 (PROTECTED) | 151164 |
| 325 | AWS IPR Evaluation – Factor 4, dated August 28, 2019 (PROTECTED) | 151181 |
| 326 | AWS IPR Evaluation – Factor 5, dated August 28, 2019 (PROTECTED) | 151195 |
| 327 | AWS IPR Evaluation – Factor 6, dated August 12, 2019 (PROTECTED) | 151215 |
| 328 | AWS IPR Evaluation – Factor 7, dated July 24, 2019 (PROTECTED) | 151234 |
| 329 | Microsoft IPR Evaluation – Factor 2, dated 22 August 2019 (PROTECTED) | 151239 |
| 330 | Microsoft IPR Evaluation – Factor 3, dated August 27, 2019 (PROTECTED) | 151277 |
| 331 | Microsoft IPR Evaluation – Factor 4, dated August 28, 2019 (PROTECTED) | 151296 |

| 332 | Microsoft IPR Evaluation – Factor 5, dated August 28, 2019 (PROTECTED) | 151309 |
|---|---|---|
| 333 | Microsoft IPR Evaluation – Factor 6, dated August 12, 2019 (PROTECTED) | 151332 |
| 334 | Microsoft IPR Evaluation – Factor 7, dated July 24, 2019 (PROTECTED) | 151346 |
| 335 | Read-Ahead for July 29, 2019 Information Session (PROTECTED) | 151351 |
| 336 | Oracle Letter to Secretary Esper, dated August 8, 2019 | 151370 |
| 337 | Price Evaluation Board (PEB) Factor 9 IPR Evaluation Memo, dated August 28, 2019 (PROTECTED) | 151385 |
| 338 | MFR on Amendment 0005 Section H Changes, dated August 28, 2019 | 151400 |
| 339 | Amendment 0006 to JEDI Solicitation – AWS Transmittal Email, dated August 28, 2019 | 151401 |
| 340 | Amendment 0006 to JEDI Solicitation – Microsoft Transmittal Email, dated August 28, 2019 | 151405 |
| 341 | Amendment 0006 to JEDI Solicitation – FPR Table Attachment, dated August 28, 2019 | 151409 |
| 342 | Amendment 0006 to JEDI Solicitation - dated August 28, 2019 | 151411 |
| 343 | Memorandum Documenting Discussions, dated September 4, 2019 (PROTECTED) | 151512 |
| 344 | AWS Final Proposal Revision (FPR) Volume I, Tab A – Copy of AWS_18-R-0077_Volume I_Tab A (PROTECTED) | 151683 |
| 345 | AWS FPR Volume I, Tab B – Copy of AWS_18-R-0077_Volume I_Tab B (PROTECTED) | 151734 |
| 346 | AWS FPR Volume I, Tab C – FPR_AWS_18-R-0077_Volume_I_Tab_C (PROTECTED) | 151735 |
| 347 | AWS FPR Volume I, Tab D – Copy of AWS_18-R-0077_Volume I_Tab D (PROTECTED) | 151738 |
| 348 | AWS FPR Volume I, Tab D – FPR_AWS_18-R-0077_Volume_I_Tab_D.1.2 (PROTECTED) | 151778 |

| 349 | AWS FPR Volume I, Tab D – FPR_AWS_18-R-0077_Volume_I_Tab_D.1.4 (PROTECTED) | 151779 |
|---|---|---|
| 350 | AWS FPR Volume I, Tab D – Volume_I_Tab_D_Cover_Sheet (PROTECTED) | 151805 |
| 351 | AWS FPR Volume I, Tab E – Copy of AWS_18-R-0077_Volume I_Tab E (PROTECTED) | 151806 |
| 352 | AWS FPR Volume I, Tab F – FPR_AWS_18-R-0077_Volume_I_Tab_F (PROTECTED) | 151807 |
| 353 | AWS FPR Volume I, Tab G – Copy of AWS_18-R-0077_Volume I_Tab G (PROTECTED) | 151816 |
| 354 | AWS FPR Volume I, Tab H – Copy of AWS_18-R-0077_Volume I_Tab H (PROTECTED) | 151822 |
| 355 | AWS FPR Volume I, Tab I – FPR_AWS_18-R-0077_Volume_I_Tab_I (PROTECTED) | 151841 |
| 356 | AWS FPR Volume I, Tab J – Copy of AWS_18-R-0077_Volume I_Tab J (PROTECTED) | 152538 |
| 357 | AWS FPR Volume I, Tab K – Copy of AWS_18-R-0077_Volume I_Tab K (PROTECTED) | 152544 |
| 358 | AWS FPR Volume II, Tab A – Copy of AWS_18-R-0077_Volume II_Tab A (PROTECTED) | 152545 |
| 359 | AWS FPR Volume II, Tab B – Copy of AWS_18-R-0077_Volume II_Tab B (PROTECTED) | 152548 |
| 360 | AWS FPR Volume II, Tab C – Copy of AWS_18-R-0077_Volume II_Tab C (PROTECTED) | 152564 |
| 361 | AWS FPR Volume II, Tab D – Copy of AWS_18-R-0077_Volume II_Tab D (PROTECTED) | 152565 |
| 362 | AWS FPR Volume II, Tab E – Copy of AWS_18-R-0077_Volume II_Tab E (PROTECTED) | 152567 |
| 363 | AWS FPR Volume II, Tab F – Copy of AWS_18-R-0077_Video Number 1 of 2 (PROTECTED) | n/a |
| 364 | AWS FPR Volume II, Tab F – Copy of AWS_18-R-0077_Video Number 2 of 2 (PROTECTED) | n/a |

| 365 | AWS FPR Volume II, Tab F – Copy of AWS_18-R-0077_Volume II_Tab F (PROTECTED) | 152583 |
|-----|---|---|
| 366 | AWS FPR Volume II, Tab G – Copy of AWS_18-R-0077_Volume II_Tab G (PROTECTED) | 152587 |
| 367 | AWS FPR Volume III, Tab A – FPR_AWS_18-R-0077_Volume III_Tab_A (PROTECTED) | 152591 |
| 368 | AWS FPR Volume III, Tab B – Copy of AWS_18-R-0077_Volume III_Tab B (PROTECTED) | 152754 |
| 369 | AWS FPR Volume III, Tab C – Copy of AWS_18-R-0077_Volume III_Tab C (PROTECTED) | 152801 |
| 370 | AWS FPR Volume III, Tab D – Copy of AWS_18-R-0077_Volume III_Tab D (PROTECTED) | 152826 |
| 371 | AWS FPR Volume III, Tab E – Copy of AWS_18-R-0077_Volume III_Tab E (PROTECTED) | 152846 |
| 372 | AWS FPR Volume III, Tab F – Copy of AWS_18-R-0077_Volume III_Tab F (PROTECTED) | 152872 |
| 373 | AWS FPR Volume IV – Copy of AWS_18-R-0077_Volume IV (PROTECTED) | 152912 |
| 374 | AWS FPR Volume VI – FPR_Volume_VI_Change_Summary.xls (PROTECTED) | 154070 |
| 375 | AWS FPR Volume VI, Tab A – FPR_AWS_18-R-0077_Volume_VI_Tab_A (PROTECTED) | 154071 |
| 376 | AWS FPR Volume VI, Tab B – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab B Unpriced BOE.xls (PROTECTED) | 154138 |
| 377 | AWS FPR Volume VI, Tab B – FPR_AWS_18-R-0077_Volume_VI_Tab_B_Price_Buildup.xls (PROTECTED) | 154764 |
| 378 | AWS FPR Volume VI, Tab B – FPR_AWS_18-R-0077_Volume_VI_Tab_B_Priced_BOE.pdf (PROTECTED) | 154819 |
| 379 | AWS FPR Volume VI, Tab B – FPR_AWS_18-R-0077_Volume_VI_Tab_B_Unpriced_BOE.pdf (PROTECTED) | 155087 |
| 380 | AWS FPR Volume VI, Tab C – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab C Attachment J-3 Discounts (PROTECTED) | 155354 |

| | | |
|---|---|---|
| 381 | AWS FPR Volume VI, Tab C – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab C Classified Cloud Support Package.pdf (PROTECTED) | 155357 |
| 382 | AWS FPR Volume VI, Tab C – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab C Classified IaaS and PaaS.pdf (PROTECTED) | 155451 |
| 383 | AWS FPR Volume VI, Tab C – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab C Unclassified Cloud Support Package.pdf (PROTECTED) | 155792 |
| 384 | AWS FPR Volume VI, Tab C – Copy of IPR2_AWS_18-R-0077_Volume VI_Tab C Unclassified IaaS and PaaS.pdf (PROTECTED) | 155849 |
| 385 | AWS FPR Volume VI, Tab C – FPR_AWS_18-R-0077_Volume VI_Tab_C_TEP (PROTECTED) | 171625 |
| 386 | AWS FPR Volume VII – Copy of AWS_18-R-0077_Volume VII (PROTECTED) | 171627 |
| 387 | Microsoft FPR Volume I, Tab A – FPR_Microsoft_18-R-0077_Volume I_Tab A (PROTECTED) | 172785 |
| 388 | Microsoft FPR Volume I, Tab B – Copy of Microsoft_18-R-0077_Volume I_Tab B (PROTECTED) | 172806 |
| 389 | Microsoft FPR Volume I, Tab C – FPR_Microsoft_18-R-0077_Volume I_Tab C (PROTECTED) | 172808 |
| 390 | Microsoft FPR Volume I, Tab D – Copy of Microsoft_18-R-0077_Volume I_Tab D (PROTECTED) | 172814 |
| 391 | Microsoft FPR Volume I, Tab D – FPR_Microsoft_18-R-0077_Volume I_Tab D_Change Pages (PROTECTED) | 172827 |
| 392 | Microsoft FPR Volume I, Tab E – Copy of Microsoft_18-R-0077_Volume I_Tab E (PROTECTED) | 172832 |
| 393 | Microsoft FPR Volume I, Tab F – Copy of Microsoft_18-R-0077_Volume I_Tab F (PROTECTED) | 172833 |
| 394 | Microsoft FPR Volume I, Tab G – Copy of Microsoft_18-R-0077_Volume I_Tab G (PROTECTED) | 172834 |

| | | |
|---|---|---|
| 395 | Microsoft FPR Volume I, Tab H – Copy of Microsoft_18-R-0077_Volume I_Tab H (PROTECTED) | 172840 |
| 396 | Microsoft FPR Volume I, Tab I – FPR_Microsoft_18-R-0077_Volume I_Tab I (PROTECTED) | 172841 |
| 397 | Microsoft FPR Volume I, Tab J – Copy of Microsoft_18-R-0077_Volume I_Tab J (PROTECTED) | 173075 |
| 398 | Microsoft FPR Volume I, Tab K – Copy of Microsoft_18-R-0077_Volume I_Tab K (PROTECTED) | 173084 |
| 399 | Microsoft FPR Volume II, Tab A – Copy of Microsoft_18-R-0077_Volume II_Tab A (PROTECTED) | 173085 |
| 400 | Microsoft FPR Volume II, Tab B – Copy of Microsoft_18-R-0077_Volume II_Tab B (PROTECTED) | 173097 |
| 401 | Microsoft FPR Volume II, Tab C – Copy of Microsoft_18-R-0077_Volume II_Tab C (PROTECTED) | 173112 |
| 402 | Microsoft FPR Volume II, Tab D – Copy of Microsoft_18-R-0077_Volume II_Tab D (PROTECTED) | 173113 |
| 403 | Microsoft FPR Volume II, Tab E – Copy of Microsoft_18-R-0077_Volume II_Tab E (PROTECTED) | 173118 |
| 404 | Microsoft FPR Volume II, Tab F – Copy of Microsoft_18-R-0077_Video Number 1 of 2 (PROTECTED) | n/a |
| 405 | Microsoft FPR Volume II, Tab F – Copy of Microsoft_18-R-0077_Video Number 2 of 2 (PROTECTED) | n/a |
| 406 | Microsoft FPR Volume II, Tab F – Copy of Microsoft_18-R-0077_Volume II_Tab F (PROTECTED) | 173152 |
| 407 | Microsoft FPR Volume II, Tab G – Copy of Microsoft_18-R-0077_Volume II_Tab G (PROTECTED) | 173160 |
| 408 | Microsoft FPR Volume III, Tab A – FPR_Microsoft_18-R-0077_Volume III_Tab A (PROTECTED) | 173165 |
| 409 | Microsoft FPR Volume III, Tab B – FPR_Microsoft_18-R-0077_Volume III_Tab B (PROTECTED) | 173590 |
| 410 | Microsoft FPR Volume III, Tab C – Copy of Microsoft_18-R-0077_Volume III_Tab C (PROTECTED) | 173633 |

| 411 | Microsoft FPR Volume III, Tab D – Copy of Microsoft_18-R-0077_Volume III_Tab D (PROTECTED) | 173657 |
|---|---|---|
| 412 | Microsoft FPR Volume III, Tab E – Copy of Microsoft_18-R-0077_Volume III_Tab E (PROTECTED) | 173677 |
| 413 | Microsoft FPR Volume III, Tab F – Copy of Microsoft_18-R-0077_Volume III_Tab F (PROTECTED) | 173706 |
| 414 | Microsoft FPR Volume IV – FPR_Microsoft_18-R-0077_Volume IV (PROTECTED) | 173748 |
| 415 | Microsoft FPR Volume VI – FPR_Microsoft_18-R-0077_Volume VI_Cover Sheet (PROTECTED) | 173832 |
| 416 | Microsoft FPR Volume VI, Tab A – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab A_Copy Two.pdf (PROTECTED) | 173834 |
| 417 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 1.xls (PROTECTED) | 173856 |
| 418 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 2.xls (PROTECTED) | 173981 |
| 419 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE_Copy Two.doc (PROTECTED) | 174295 |
| 420 | Microsoft FPR Volume VI, Tab B – FPR_Microsoft_18-R-0077_Volume VI_Tab B, Price Build-Up.xls (PROTECTED) | 174327 |
| 421 | Microsoft FPR Volume VI, Tab B – Copy of IPR2_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 5.xls (PROTECTED) | 174861 |
| 422 | Microsoft FPR Volume VI, Tab B – Copy of IPR2_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 5.xls (PROTECTED) | 174902 |
| 423 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 3.xls (PROTECTED) | 174943 |
| 424 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 4.xls (PROTECTED) | 175067 |
| 425 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Priced BOE, Scenario 6.xls (PROTECTED) | 175138 |

| 426 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 1.xls (PROTECTED) | 175339 |
|---|---|---|
| 427 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 2.xls (PROTECTED) | 175467 |
| 428 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 3.xls (PROTECTED) | 175549 |
| 429 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 4.xls (PROTECTED) | 175668 |
| 430 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE, Scenario 6.xls (PROTECTED) | 175735 |
| 431 | Microsoft FPR Volume VI, Tab B – Copy of IPR3_Microsoft_18-R-0077_Volume VI_Tab B Unpriced BOE_Copy Two.doc (PROTECTED) | 175924 |
| 432 | Microsoft FPR Volume VI, Tab C – Copy of IPR2_Microsoft_18-R-0077_Volume VI_Tab C, Attachment J-3_Copy Two.pdf (PROTECTED) | 175956 |
| 433 | Microsoft FPR Volume VI, Tab C – Copy of IPR2_Microsoft_18-R-0077_Volume VI_Tab C, CLIN x005, CLIN x006, CLIN x007_Copy Two.pdf (PROTECTED) | 175983 |
| 434 | Microsoft FPR Volume VI, Tab C – FPR_Microsoft_18-R-0077_Volume VI_Tab C, Classified Cloud Support Package.pdf (PROTECTED) | 175986 |
| 435 | Microsoft FPR Volume VI, Tab C – FPR_Microsoft_18-R-0077_Volume VI_Tab C, Classified IaaS and PaaS.pdf (PROTECTED) | 175992 |
| 436 | Microsoft FPR Volume VI, Tab C – FPR_Microsoft_18-R-0077_Volume VI_Tab C, Unclassified Cloud Support Package.pdf (PROTECTED) | 176095 |
| 437 | Microsoft FPR Volume VI, Tab C – FPR_Microsoft_18-R-0077_Volume VI_Tab C, Unclassified IaaS and PaaS.pdf (PROTECTED) | 176101 |

| 438 | Microsoft FPR Volume VII – FPR_Microsoft_18-R-0077_Volume VII (PROTECTED) | 176216 |
|-----|---|---|
| 439 | Read-Ahead for Sept 10, 2019 Information Session, dated September 10, 2019 (PROTECTED) | 176304 |
| 440 | Read-Ahead for Sept 16, 2019 Information Session, dated September 16, 2019 (PROTECTED) | 176307 |
| 441 | Microsoft FPR Evaluation - Factor 2, dated September 26, 2019 (PROTECTED) | 176319 |
| 442 | Microsoft FPR Evaluation - Factor 3, dated September 12, 2019 (PROTECTED) | 176321 |
| 443 | Microsoft FPR Evaluation - Factor 4, dated September 11, 2019 (PROTECTED) | 176322 |
| 444 | Microsoft FPR Evaluation - Factor 5, dated September 12, 2019 (PROTECTED) | 176323 |
| 445 | Microsoft FPR Evaluation - Factor 6, dated September 11, 2019 (PROTECTED) | 176324 |
| 446 | Microsoft FPR Evaluation - Factor 7, dated September 13, 2019 (PROTECTED) | 176325 |
| 447 | AWS FPR Evaluation – Factor 2, dated September 26, 2019 (PROTECTED) | 176326 |
| 448 | AWS FPR Evaluation – Factor 3, dated September 27, 2019 (PROTECTED) | 176328 |
| 449 | AWS FPR Evaluation – Factor 4, dated September 11, 2019 (PROTECTED) | 176329 |
| 450 | AWS FPR Evaluation – Factor 5, dated September 12, 2019 (PROTECTED) | 176330 |
| 451 | AWS FPR Evaluation – Factor 6, dated September 11, 2019 (PROTECTED) | 176331 |
| 452 | AWS FPR Evaluation – Factor 7, dated September 13, 2019 (PROTECTED) | 176332 |
| 453 | Read-Ahead for Sept 25 2019 Hosted Congressional Meeting, dated September 26, 2019 (PROTECTED) | 176333 |

| 454 | Principal Deputy Assistant Secretary of Defense, Acquisition Enablers (PDASD(AE)) Recusal, dated September 27, 2019 (PROTECTED) | 176345 |
|---|---|---|
| 455 | PEB Factor 9 FPR Memo, dated September 30, 2019 (PROTECTED) | 176347 |
| 456 | Source Selection Evaluation Board (SSEB) Executive Summary of FPR, dated October 3, 2019 (PROTECTED) | 176366 |
| 457 | Source Selection Advisory Council (SSAC) Report & Award Recommendation to Source Selection Authority (SSA), dated October 3, 2019 (PROTECTED) | 176396 |
| 458 | Secretary of Defense (SECDEF) Recusal Memo, dated October 7, 2019 (PROTECTED) | 176408 |
| 459 | Source Selection Decision Document (SSDD), dated October 17, 2019 (PROTECTED) | 176409 |
| 460 | Procuring Contracting Officer (PCO) Memorandum Regarding PDASD(AE) Non-Impact, dated October 18, 2019 (PROTECTED) | 176418 |
| 461 | Department of Defense Inspector General (DODIG) Email Regarding Investigation, dated October 17, 2019 (PROTECTED) | 176424 |
| 462 | Deputy Secretary of Defense (DEPSEC) Decision Memo, dated October 18, 2019 (PROTECTED) | 176426 |
| 463 | PCO Award Memorandum, dated October 21, 2019 (PROTECTED) | 176428 |
| 464 | Small Business Subcontracting Plan Determination (A36), dated October 11, 2019 (PROTECTED) | 176430 |
| 465 | U.S. Department of Labor Office of Federal Contract Compliance Program (OFCCP) Pre-Award Registry (A35), dated October 3, 2019 (PROTECTED) | 176435 |
| 466 | Equal Employment Opportunity (EEO) Pre-Award Clearance for subcontractor, dated October 16, 2019 (PROTECTED) | 176436 |
| 467 | AWS Responsibility Determination (A53), dated October 21, 2019 (PROTECTED) | 176441 |
| 468 | AWS Responsibility Determination – Attachment A – Dun & Bradstreet (D&B) Report (PROTECTED) | 176444 |

| 469 | AWS Responsibility Determination – Attachment B – Contractor Performance Assessment Reporting System (CPARS) Assessment (PROTECTED) | 176459 |
|---|---|---|
| 470 | AWS Responsibility Determination – Attachment C – Federal Awardee Performance and Integrity Information System (FAPIIS) Check (PROTECTED) | 176460 |
| 471 | AWS Responsibility Determination – Attachment D – SAM Profile (PROTECTED) | 176462 |
| 472 | AWS Responsibility Determination – Attachment E – Federal Acquisition Regulation (FAR) & Defense Federal Acquisition Regulation Supplement (DFARS) Report (PROTECTED) | 176463 |
| 473 | Microsoft Responsibility Determination (A53), dated October 21, 2019 (PROTECTED) | 176515 |
| 474 | Microsoft Responsibility Determination – Attachment A - D&B Report (PROTECTED) | 176519 |
| 475 | Microsoft Responsibility Determination – Attachment B – CPARS Assessment (PROTECTED) | 176542 |
| 476 | Microsoft Responsibility Determination – Attachment C – CPARS Marginal Assessments (PROTECTED) | 176548 |
| 477 | Microsoft Responsibility Determination – Attachment D – FAPIIS Check (PROTECTED) | 176560 |
| 478 | Microsoft Responsibility Determination – Attachment E – SAM Profile (PROTECTED) | 176563 |
| 479 | Microsoft Responsibility Determination – Attachment F – FAR & DFARS Report (PROTECTED) | 176564 |
| 480 | Unsuccessful Offeror Notifications & Debriefing, dated October 25, 2019 (PROTECTED) | 176608 |
| 481 | Award Notification, Notification & Attachments 1 of 3, dated October 25, 2019 (PROTECTED) | 176973 |
| 482 | Award Notification, Notification & Attachments 2 of 3, dated October 25, 2019 (PROTECTED) | 178098 |
| 483 | Award Notification, Notification & Attachments 3 of 3, dated October 25, 2019 (PROTECTED) | 178345 |

| | | |
|---|---|---|
| 484 | Microsoft Debriefing Email, dated October 30, 2019 (PROTECTED) | 178383 |
| 485 | Contract HQ0034-20-D-0001, dated October 25, 2019 (PROTECTED) | 178596 |
| 486 | Task Order 1, dated October 25, 2019 (PROTECTED) | 179980 |
| 487 | Task Order 2, dated October 25, 2019 (PROTECTED) | 179994 |
| 488 | AWS Debriefing Questions, dated October 29, 2019 (PROTECTED) | 180001 |
| 489 | Letter to AWS Regarding Inadvertent Disclosure of Microsoft Proprietary Data, dated October 30, 2019 (PROTECTED) | 180068 |
| 490 | AWS Response Regarding Inadvertent Disclosure of Microsoft Proprietary Data, dated November 1, 2019 (PROTECTED) | 180071 |
| 491 | Agency Response to Debriefing Questions, dated November 5, 2019 (PROTECTED) | 180078 |
| 492 | Letter to AWS Following Up on Response Regarding Inadvertent Disclosure of Microsoft Proprietary Data, dated November 12, 2019 (PROTECTED) | 180081 |
| 493 | Microsoft Letter to DoD Regarding Inadvertent Disclosure of Proprietary Data, dated December 3, 2019 | 180084 |
| 494 | Agency Presentation – Why DoD Needs Enterprise Cloud, dated August 23, 2019 | 180091 |
| **January 31, 2020 Amendment To Administrative Record** | | |
| 495 | JEDI Cyber Security Plan Reference D.1: Joint Publication (JP) 3-12(R) - Cyberspace Operations, dated February 5, 2013 | 180096 |
| 496 | JEDI Cyber Security Plan Reference D.2: Executive Order 12829 - National Industrial Security Program, dated January 8, 1993 | 180166 |
| 497 | JEDI Cyber Security Plan Reference D.4: Defense Federal Acquisition Regulation Supplement (DFARS) § 252.239-7010 Cloud Computing Services | 180174 |
| 498 | JEDI Cyber Security Plan Reference D.5: DoD Instruction 8540.01 Cross Domain Policy, dated August 28, 2017. | 180185 |

| 499 | JEDI Cyber Security Plan Reference D.6: Committee on National Security Systems (CNSS) Instruction 1253F Attachment 3 - Cross Domain Policy (PROTECTED) | 180245 |
|---|---|---|
| 500 | JEDI Cyber Security Plan Reference D.7: DoD Instruction 8530.01 - Cybersecurity Activities Support to DoD Information Network Operations, dated July 25, 2017 | 180344 |
| 501 | JEDI Cyber Security Plan Reference D.9: Federal Acquisition Regulation (FAR) 2.101 – Definitions | 180389 |
| 502 | JEDI Cyber Security Plan Reference D.10: DoD Directive 5220.22-M - National Industrial Security Program Operating Manual, dated February 28, 2006 | 180417 |
| 503 | JEDI Cyber Security Plan Reference D.13: CNSS Policy 30- Cryptographic Key Protection, dated December 28, 2017 | 180548 |
| 504 | JEDI Cyber Security Plan Reference D.14: DoD Instruction 8520.03 - Identity Authentication for Information Systems, dated July 27, 2017 | 180555 |
| 505 | JEDI Cyber Security Plan Reference D.15: CNSS Policy 25 - National Policy for Public Key Infrastructure in National Security Systems, dated December 11, 2017 | 180581 |
| 506 | JEDI Cyber Security Plan Reference D.16: National Institute of Standards and Technology (NIST) Special Publication (SP) 800-63-3 - Digital Identity Guidelines, dated June 2017 | 180587 |
| 507 | JEDI Cyber Security Plan Reference D.17: NIST SP 800-88- Guidelines for Media Sanitization, Revision 1, dated February 5, 2015 | 180661 |
| 508 | JEDI Cyber Security Plan Reference D.18: NIST Interagency or Internal Report 8006 - Cloud Computing Forensic Science Challenges, dated June 30, 2014 | 180665 |
| 509 | JEDI Cyber Security Plan Reference D.19: 44 United States Code Chapter 31 - Records Management by Federal Agencies | 180716 |
| 510 | JEDI Cyber Security Plan Reference D.20: DoD Instruction 8510.01 - Risk Management Framework (RMF), dated July 28, 2017 | 180721 |
| 511 | JEDI Cyber Security Plan Reference D.21: DoD Memorandum  - Cybersecurity Activities Performed for Cloud Service Offerings, dated November 15, 2017 | 180770 |

| 512 | JEDI Cyber Security Plan Reference D.22: CNSS Instruction 1253F Attachment 5 - Classified Information Overlay, dated May 9, 2014 (PROTECTED) | 180793 |
|---|---|---|
| 513 | JEDI Cyber Security Plan Reference D.23: DoD Directive 8100.02-Use of Commercial Wireless Devices, Services and Technologies in the Department of Defense Global Information Grid, dated April 23, 2007 | 180822 |
| 514 | JEDI Cyber Security Plan Reference D.24: Federal Information Processing Standards Publication 140-2 - Security Requirements for Cryptographic Modules, dated December 3, 2002 | 180835 |
| 515 | JEDI Cyber Security Plan Reference D.25: White House Office of Management and Budget Circular No. A-130 - Managing Information as a Strategic Resource, dated July 28, 2016 | 180904 |
| 516 | JEDI Cyber Security Plan Reference D.26: CNSS Policy No. 11 - Acquisition of Information Assurance (IA) and IA-Enabled Information Technology Products, dated June 10, 2013 | 180989 |
| 517 | "JEDI Evaluation Notices (AWS)," dated July 3, 2019 (Attachment to Tab 343, AR 151547) (PROTECTED) | 180997 |
| 518 | "JEDI Evaluation Notices (Microsoft)", dated July 3, 2019 (Attachment to Tab 343, AR 151559) (PROTECTED) | 180998 |
| 519 | "Microsoft_18-R-0077_Volume III_Tab B_Conformed," dated July 15, 2019 (Attachment to Tab 343, AR 151565) (PROTECTED) | 180999 |
| 520 | "AWS F9-EN1" Evaluation Notices, dated July 16, 2019 (Attachment to Tab 343, AR 151594) (PROTECTED) | 181042 |
| 521 | "Microsoft F9-EN1" Evaluation Notices, dated July 16, 2019 (Attachment to Tab 343, AR 151597) (PROTECTED) | 181048 |
| 522 | "Evaluation Notice #2 – Microsoft," dated July 16, 2019 (Attachment to Tab 343, AR 151601) (PROTECTED) | 181054 |
| 523 | Response to "Evaluation Notice #2 - Microsoft," dated July 16, 2019 (Attachment to Tab 343, AR 151602) (PROTECTED) | 181055 |
| 524 | "Evaluation Notice #2 – AWS," dated July 18, 2019 (Attachment to Tab 343, AR 151604) (PROTECTED) | 181056 |
| 525 | "Microsoft F9-EN2" Evaluation Notices, dated July 18, 2019 (Attachment to Tab 343, AR 151607) (PROTECTED) | 181057 |

| 526 | "AWS F9-EN2" Evaluation Notices, dated July 18, 2019 (Attachment to Tab 343, AR 151609) (PROTECTED) | 181058 |
|---|---|---|
| 527 | "JEDI SLA Evaluation Notices (AWS) for IPR_22jul2019," dated July 22, 2019 (Attachment to Tab 343, AR 151615) (PROTECTED) | 181059 |
| 528 | "JEDI SLA Evaluation Notices (Microsoft) for IPR_22Jul2019," dated July 22, 2019 (Attachment to Tab 343, AR 151619) (PROTECTED) | 181067 |
| 529 | "JEDI SLA Evaluation Notices (AWS) for IPR_080519," dated August 5, 2019 (Attachment to Tab 343, AR 151625) (PROTECTED) | 181074 |
| 530 | "JEDI SLA Evaluation Notices (Microsoft) for IPR 080519," dated August 5, 2019 (Attachment to Tab 343, AR 151627) (PROTECTED) | 181075 |
| 531 | "Microsoft F9-EN3" Evaluation Notices, dated August 7, 2019 (Attachment to Tab 343, AR 151635) (PROTECTED) | 181076 |
| 532 | "Evaluation Notice #3 – Microsoft," dated August 12, 2019 (Attachment to Tab 343, AR 151637) (PROTECTED) | 181083 |
| 533 | "Draft __ FPR Table Attachment," dated August 21, 2019 (Attachment to Tab 343, AR 151660, 151666) | 181084 |
| 534 | IPR PEB Memorandum (Tab 337) Attachment 1 - AWS Initial Discussion Workbook with Disposition (PROTECTED) | 181085 |
| 535 | IPR PEB Memorandum (Tab 337)  Attachment 2 - AWS IPR1 Discussions Workbook with Disposition (PROTECTED) | 181088 |
| 536 | IPR PEB Memorandum (Tab 337) Attachment 3 - AWS IPR2 Discussions Workbook with Disposition (PROTECTED) | 181107 |
| 537 | IPR PEB Memorandum (Tab 337) Attachment 4 - AWS Price Scenario Change Analysis Workbook (PROTECTED) | 181116 |
| 538 | IPR PEB Memorandum (Tab 337) Attachment 5 - Microsoft Initial Discussions Workbook with Disposition (PROTECTED) | 181123 |
| 539 | IPR PEB Memorandum (Tab 337) Attachment 6 - Microsoft IPR1 Discussion Workbook with Disposition (PROTECTED) | 181127 |
| 540 | IPR PEB Memorandum (Tab 337) Attachment 7 - Microsoft IPR2 Discussion Workbook with Disposition (PROTECTED) | 181133 |

| 541 | IPR PEB Memorandum (Tab 337) Attachment 8 - Microsoft IPR3 Discussion Workbook with Disposition (PROTECTED) | 181138 |
|---|---|---|
| 542 | IPR PEB Memorandum (Tab 337) Attachment 9 - Microsoft Price Scenario Change Analysis Workbook (PROTECTED) | 181141 |
| 543 | IPR PEB Memorandum (Tab 337) Attachment 10 – Memorandum regarding Rationale for Amending Price Scenarios (Amendment 0005) (PROTECTED) | 181149 |
| 544 | IPR PEB Memorandum (Tab 337) Attachment 11 – Memorandum regarding Price Scenario 6 (PROTECTED) | 181152 |
| 545 | Phase 2 Peer Review, dated August 9, 2019 (PROTECTED) | 181157 |
| 546 | Contracting Officer Response to Phase 2 Peer Review, dated September 3, 2019 (PROTECTED) | 181161 |
| 547 | Formal Documentation of Phase 3 Peer Review, dated October 15, 2019 | 181176 |
| 548 | Read-Ahead Memorandum for August 29, 2019 Information Session (PROTECTED) | 181177 |
| 549 | Tab A to Read-Ahead Memorandum for September 10, 2019 Information Session (Tab 439) - Analysis of Oracle's Letter (with Mythbusters Frequently Asked Question Appended) (PROTECTED) | 181180 |
| 550 | Tab E to Read-Ahead Memorandum for September 26, 2019 Information Session (Tab 453) - Video link and transcript of Representative Mark Meadows on Fox News | 181193 |
| 551 | Memorandum regarding Waiver of Past Performance Evaluation, dated June 13, 2018 | 181195 |
| 552 | Memorandum Regarding Determination to Allow Government Furnished Property for JEDI, dated July 23, 2018 | 181197 |
| 553 | E-mail chain between DoD and AWS, dated August 9, 2018 (PROTECTED) | 181200 |
| 554 | Memorandum regarding Justification for Factor 8, dated October 16, 2018 | 181201 |
| 555 | Letters from Senators Mark Warner and Jack Reed to DoD, dated August 5, 2019 | 181204 |

| 556 | E-mail Chain between DoD and AWS, dated August 21-23, 2019 (PROTECTED) | 181206 |
|---|---|---|
| 557 | Memorandum regarding Solicitation Amendment 5, Factor 8, dated August 26, 2019 (PROTECTED) | 181212 |
| 558 | Letters from DoD to Senators Warner and Reed, dated October 7, 2019 | 181214 |