**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-1796C |
| | ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Intervenor-defendant. | ) | |

## NOTICE OF FILING CLASSIFIED INFORMATION

Notice is hereby given that defendant, the United States, has this day filed classified declarations in support of its Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. This filing has been lodged with this case's assigned Classified Information Security Officer, who will make arrangements for review by the Court and the parties pursuant to paragraph 15.1 of the second amended protective order (ECF No. 109).

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

        s/ Patricia M. McCarthy
        PATRICIA M. MCCARTHY
        Assistant Director

OF COUNSEL:

| | |
|---|---|
| MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense<br><br>TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel<br><br>January 31, 2020 | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>RETA E. BEZAK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov<br><br>Attorneys for Defendant |