# In the United States Court of Federal Claims

No. 19-1796C

(E-filed:  February 3, 2020)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

## ORDER

On January 31, 2020, defendant filed an unopposed motion to amend the administrative record.  See ECF No. 136.  Therein, defendant explains that following discussions with plaintiff, defendant "determined that it was appropriate to include the documents described below as part of the administrative record."  Id. at 1.  The motion then recites, in detail, a considerable number of amendments to the record as previously filed.  The amendments include the replacement of entire sections of the record, as well as additions to the previously filed record.  Defendant requests "leave to file the amendment to the administrative record on DVD (except for the classified portion, which will need to be filed with the classified information security officer pursuant to the protective order in this case)."  Id. at 4 (footnote omitted).

For good cause shown, defendant's motion to amend the administrative record, ECF No. 136, is **GRANTED**.  The court, however, will not permit the amended record to be filed on DVD.  In addition to defendant's motion to amend, plaintiff has filed a motion to complete the administrative record that is not yet ripe for ruling.  See ECF No. 127.  Upon ruling on plaintiff's pending motion, the court shall direct defendant to file an

amended administrative record, to include the relevant documents contained in defendant's motion to amend, ECF No. 136, granted herein, and any materials deemed to be part of the record pursuant to the court's ruling on plaintiff's motion to complete the administrative record.

Additionally, the court anticipates directing defendant to file the amended administrative record following the same filing procedures as set forth in the court's December 30, 2019 order, ECF No. 98, on a physical hard drive with the clerk's office. The court shall offer the return of the two previously submitted, courtesy copied, hard drives, if needed.[1]

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge

---

[1] Defendant shall contact Terri Quintos, paralegal to the undersigned, to arrange for the return of the previously submitted, courtesy copy hard drives. Her direct number is (202) 357-6533.