IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Defendant-Intervenor. | Case No. 19-cv-01796 <br><br> Judge Campbell-Smith <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> **FINAL REDACTED VERSION** |

## PLAINTIFF'S ▮▮▮ MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 and Appendix C of the Rules of the United States Court of Federal Claims, Plaintiff Amazon Web Services, Inc. ("AWS") moves for a temporary restraining order and preliminary injunction to prevent Defendant United States from proceeding under Contract No. HQ0034-20-D-0001, which was awarded under Solicitation No. HQ0034-18-R-0077-0002 to Defendant-Intervenor Microsoft Corporation ("Microsoft"), until AWS's protest is resolved.

As set forth more fully in the accompanying Memorandum in Support, the Court should grant Plaintiff's motion. Defendant's conduct in awarding the above-referenced contract to Microsoft was arbitrary, capricious, and prejudicial. Plaintiff will suffer irreparable harm if Defendant is allowed to proceed with this improper award, while Defendant and Microsoft will suffer no harm due to an injunction pending the Court's decision on the merits of this protest. Accordingly, immediate injunctive relief is warranted.

Dated:	January 22, 2020	Respectfully submitted,

By: _____
Kevin P. Mullen
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Daniel E. Chudd
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000