**Redacted Version**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19-1796C |
| THE UNITED STATES, | ) ) | (Judge Patricia E. Campbell-Smith) |
| Defendant, | ) ) | |
| and | | |
| MICROSOFT CORPORATION, | ) | |
| Defendant-Intervenor. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 15, 2020 (ECF No. 116), the parties respectfully provide this status report regarding the parties' access to the classified information in this case.

As the parties previously reported, both plaintiff, Amazon Web Services, Inc. (AWS), and intervenor, Microsoft Corporation, have designated one or more attorneys to review the classified portion of the administrative record in this case. Specifically, AWS has designated Sandeep N. Nandivada, and Microsoft has designated Robert S. Metzger and Stephen L. Bacon. The Classified Information Security Officer (CISO) appointed by the Court has confirmed that these individuals have the necessary clearances to view the classified documents. Additionally, each of these designated counsel has been granted access to protected material under the protective order in this matter, each without objection.

| | Respectfully submitted, |
|---|---|
| s/ Kevin P. Mullen | JOSEPH H. HUNT |
| Kevin P. Mullen | Assistant Attorney General |
| MORRISON & FOERSTER LLP | |
| 2000 Pennsylvania Ave., NW | ROBERT E. KIRSCHMAN, JR. |
| Washington, DC 20006-1888 | Director |
| Telephone: 202.887.1500 | |
| Facsimile: 202.887.0763 | s/ Patricia M. McCarthy |
| | PATRICIA M. MCCARTHY |
| *Attorney of Record for Plaintiff* | Assistant Director |
| *Amazon Web Services, Inc*. | |
| | s/ Anthony F. Schiavetti |
| | ANTHONY F. SCHIAVETTI |
| Of Counsel For Plaintiff: | RETA E. BEZAK |
| | Trial Attorneys |
| J. Alex Ward | U.S. Department of Justice |
| Sandeep N. Nandivada | Civil Division |
| Caitlin A. Crujido | Commercial Litigation Branch |
| Alissandra D. Young | PO Box 480 |
| MORRISON & FOERSTER LLP | Ben Franklin Station |
| 2000 Pennsylvania Ave., NW | Washington, D.C. 20044 |
| Washington, DC 20006-1888 | Tel: (202) 305-7572 |
| | Fax: (202) 305-1571 |
| Andrew S. Tulumello | anthony.f.schiavetti@usdoj.gov |
| Daniel P. Chung | |
| GIBSON, DUNN & CRUTCHER LLP | *Attorneys for Defendant* |
| 1050 Connecticut Avenue, NW | |
| Washington, D.C. 20036 | |
| | Of Counsel for Defendant: |
| Theodore J. Boutrous, Jr. | MICHAEL G. ANDERSON |
| Richard J. Doren | BENJAMIN M. DILIBERTO |
| Eric D. Vandevelde | Assistant General Counsel |
| GIBSON, DUNN & CRUTCHER LLP | Washington Headquarters Service & |
| 333 South Grand Avenue | Pentagon Force Protection Agency |
| Los Angeles, CA 90071-3197 | Office of General Counsel |
| | Department of Defense |
| | |
| | TYLER J. MULLEN |
| | CCPO Legal Advisor |
| | Assistant General Counsel |
| | Defense Information Systems Agency |
| | Office of the General Counsel |

                        <u>s/ Robert S. Metzger</u>
                        Robert S. Metzger (Counsel of Record)
Jeffery M. Chiow
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Tel: (202) 777-8951
Fax: (202) 347-8429
Email: rmetzger@rjo.com

*Attorneys for Defendant-Intervenor Microsoft Corp.*

Of Counsel for Defendant-Intervenor:

LATHAM & WATKINS LLP
Kathryn H. Ruemmler
Abid R. Qureshi
Roman Martinez
Anne W. Robinson
Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan

555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
(202) 637-2200 (Telephone)
(202) 637-2201 (Facsimile)

Dated: January 15, 2020