# Declaration of Mr. David Spirk

# DOCUMENT REDACTED IN ITS ENTIRETY