**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>by and through the U.S. Department of Defense,<br><br>Defendant,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Defendant-Intervenor. | Case No. 19-1796 C<br><br>Judge Campbell-Smith |

**NOTICE OF FILING ORIGINAL SECURITY BOND DOCUMENTS**

Pursuant to this Court's Opinion and Order granting Plaintiff Amazon Web Services, Inc.'s ("AWS") Motion for Preliminary Injunction on February 13, 2020 (ECF No. 164), AWS, by and through its undersigned counsel, files this Notice indicating that AWS has obtained a security bond (Bond No. 023211466) from Liberty Mutual Insurance Company in the amount of $42 million, as directed by this Court. Attached hereto is the original, fully executed, United States Court of Federal Claims Form 11. AWS has also attached a Power of Attorney executed by representatives of Liberty Mutual Insurance Company authorizing the Ms. Heidi Bockus to sign, execute, and acknowledge the above-referenced surety bond.

Dated: February 20, 2020

Respectfully submitted,

By: [signature]

Kevin P. Mullen
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff, Amazon Web Services, Inc.*

*Of Counsel:*

J. Alex Ward
Daniel E. Chudd
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, a true copy of the foregoing **NOTICE OF FILING ORIGINAL SECURITY BOND DOCUMENTS** and accompanying documents attached thereto were served by courier upon:

Anthony F. Schiavetti, Esq.
United States Department of Justice
Civil Division – Commercial Litigation
1100 L Street, N.W.
Room 10012
Washington, DC, 20005
*Attorney of Record for Defendant, The United States of America*

and

Robert S. Metzger, Esq.
Rogers Joseph O'Donnell
875 15th Street, N.W., Suite 725
Washington, D.C., 20005
*Attorney of Record for Defendant-Intervenor, Microsoft Corporation*

I hereby certify that on February 20, 2020, two copies of the foregoing **NOTICE OF FILING ORIGINAL SECURITY BOND DOCUMENTS** and two copies of the accompanying documents attached thereto were served by courier upon:

Clerk's Office
United States Court of Federal Claims
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington DC, 20439

Dated: February 20, 2020

By: Kevin P. Mullen, Esq.