# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: March 3, 2020)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

<u>ORDER</u>

     On February 27, 2020, the parties filed a joint notice attaching a redacted version of the court's February 13, 2020 opinion and order on plaintiff's motion preliminary injunction.  <u>See</u> ECF No. 169.  Later that same day, the parties filed a second notice attaching a redacted version of the same order.  <u>See</u> ECF No. 170.  The parties did not explain in the notice the reason for a second filing; a short notation on the docket suggests that it may be intended to "correct[] ECF Dkt No. 169." <u>Id.</u>  The court is therefore unable to determine which, if any, redacted version of the order the parties intended for filing and publication.

     Accordingly, the clerk's office is directed to **STRIKE** the parties' notices, **ECF No. 169** and **ECF No. 170**, from the docket in this matter for the above stated defects.  On or before **March 9, 2020**, pursuant to the court's February 13, 2020 opinion and order, the parties are directed to **CONFER** and **FILE** a **notice of filing** attaching a proposed redacted version of the court's February 13, 2020 opinion and order, ECF No. 164, with any competition-sensitive or otherwise protectable information blacked out.

IT IS SO ORDERED.

                                                s/Patricia E. Campbell-Smith
                                                PATRICIA E. CAMPBELL-SMITH
                                                Judge