# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Defendant. | Case No. 19-1796<br><br>Judge Patricia E. Campbell-Smith |

## INTERVENOR-DEFENDANT'S RESPONSE TO DEFENDANT'S MOTION FOR VOLUNTARY REMAND

On March 12, 2020, Defendant the United States filed a motion for a voluntary remand. *See* ECF No. 177. Defendant-Intervenor Microsoft Corporation respectfully submits this response to confirm that it does not oppose Defendant's motion.

Dated:  March 25, 2020

*Of Counsel*:

LATHAM & WATKINS LLP

Kathryn H. Ruemmler
Abid R. Qureshi
Roman Martinez
Anne W. Robinson

Respectfully submitted,

ROGERS JOSEPH O'DONNELL, P.C.

By: /s/ *Robert S. Metzger*
 Robert S. Metzger (Attorney of Record)

 Jeffery M. Chiow
 Neil H. O'Donnell

1

Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan
Margaret Upshaw

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (Telephone)
(202) 637-2201 (Facsimile)

Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross

875 15th Street N.W., Suite 725
Washington, D.C. 20005
(202) 777-8952 (Telephone)
(202) 347-8429 (Facsimile)

*Attorneys for Intervenor-Defendant, Microsoft Corporation*