# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Defendant. | Case No. 19-1796<br><br>Judge Patricia E. Campbell-Smith |

**INTERVENOR-DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

On April 1, 2020, Plaintiff Amazon Web Services, Inc. ("AWS") filed a Motion for Leave to File a Sur-Reply to Defendant's Reply in Support of its Motion for Voluntary Remand. *See* ECF No. 186.  Defendant-Intervenor Microsoft Corporation opposes AWS's Motion for the reasons set forth in Defendant's Opposition.  *See* ECF No. 187.

| | |
|---|---|
| Dated:  April 3, 2020 | Respectfully submitted, |
| | |
| *Of Counsel*: | ROGERS JOSEPH O'DONNELL, P.C. |
| LATHAM & WATKINS LLP | |
| | By: /s/ *Robert Metzger* |
| Kathryn H. Ruemmler | Robert S. Metzger (Attorney of Record) |
| Abid R. Qureshi | |
| Roman Martinez | Jeffery M. Chiow |
| Anne W. Robinson | Neil H. O'Donnell |
| Dean W. Baxtresser | Lucas T. Hanback |

| | |
|---|---|
| Genevieve Hoffman<br>Riley Keenan<br>Margaret Upshaw<br><br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 (Telephone)<br>(202) 637-2201 (Facsimile) | Stephen L. Bacon<br>Deborah N. Rodin<br>Cassidy Kim<br>Eleanor M. Ross<br><br>875 15th Street N.W., Suite 725<br>Washington, D.C. 20005<br>(202) 777-8952 (Telephone)<br>(202) 347-8429 (Facsimile)<br><br>*Attorneys for Intervenor-Defendant,*<br>*Microsoft Corporation* |