**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-1796C |
| | ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Intervenor-defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION OUT OF TIME FOR LEAVE TO FILE OUT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file the attached status report out of time on April 20, 2020. Pursuant to the Court's order dated April 17, 2020 (ECF No. 203), defendant, the United States, was directed, by 12:00 p.m. on April 20, 2020, to provide the Court with the name and address of an agency representative from the Department of Defense designated to receive a certified copy of the Court's Order. This information, which is reflected in the attached, was not available until after the deadline had passed. Counsel for plaintiff, Amazon Web Services, Inc., has represented that plaintiff does not oppose our request. Likewise, counsel for intervenor-defendant, Microsoft Corporation, has represented that intervenor-defendant does not oppose our request.

For the foregoing reasons, we respectfully request that the Court grant defendant's unopposed motion out of time for leave to file the attached status report out of time.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY |
| OF COUNSEL: | Assistant Director |
| MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>RETA BEZAK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480 |
| TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel | Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| April 20, 2020 | Attorneys for Defendant |