# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1796C |
| ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Intervenor-defendant. ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated April 17, 2020 (ECF No. 203), defendant, the United States, respectfully provides notice that the following agency representative from the Department of Defense is designated to receive a certified copy of the Court's Order:

Benjamin M. Diliberto
Assistant General Counsel
Washington Headquarters Services & Pentagon Force Protection Agency
Office of General Counsel
1155 Defense Pentagon
Room 2E1035
Washington, DC  20310-1155

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

|  |  |
|---|---|
| OF COUNSEL: | s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director |
| MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>RETA BEZAK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480 |
| TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel | Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| April 20, 2020 | Attorneys for Defendant |