# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

April 21, 2020

Mr. Benjamin M. Diliberto
Assistant General Counsel
Washington Headquarters Services
& Pentagon Force Protection Agency
Office of General Counsel
1155 Defense Pentagon
Room 2E1035
Washington, DC 20310-1155

In re:   *Amazon Web Services, Inc. v. The United States and Microsoft Corp.*;
Case No. 19-1796 C

Dear Mr. Diliberto:

On April 17, 2020, an Order was issued in the above-captioned case, remanding the matter to the United States Department of Defense for 120 days.

In accordance with Rule 52.2(b)(2) of the Rules of the United States Court of Federal Claims (RCFC), please find enclosed, a certified copy of the above-mentioned Order. (A copy of the rule is included for your convenience.) Please take note of the requirement of RCFC 52.2(d) regarding the number of copies required for the filing of the agency's decision. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406.

Sincerely,

Lisa L. Reyes
Clerk of Court

Enclosures

cc: Judge Patricia E. Campbell-Smith
Kevin P. Mullen, Esquire
Anthony F. Schiavetti, Esquire
Robert S. Metzger, Esquire