# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: June 9, 2020)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

On June 5, 2020, Kyle R. Jefcoat filed an application for access to information under the protective order in this matter. See ECF No. 211. Upon quality control review, the clerk's office stated that the application was not signed by the attorney of record. Id. at 2. The matter was referred to the undersigned for a ruling.

Pursuant to Rule 11(a) of the Rules of the United States Court of Federal Claims, every paper must be signed by the attorney of record. Accordingly, the clerk's office is directed to **STRIKE** Mr. Jefcoat's application of access, ECF No. 211, for the above-stated defect.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge