# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-1796C |
| | ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 17, 2020 (ECF No. 203), the parties jointly and respectfully provide the following report concerning the status of proceedings on remand. On remand, the United States Department of Defense (DoD) has proceeded to reconsider aspects of the procurement challenged in this protest action, and continues to do so.

Specifically, on April 21, 2020, DoD issued Amendment 0007 to Solicitation No. HQ003418R0077, which, among other things, modified some of the language concerning Factor 5, Price Scenario 6. Subsequently, on April 28, 2020, DoD issued Amendment 0008 to the solicitation, answering questions about Amendment 0007 and further modifying some of the solicitation language. Amendment 0007 permitted offerors to submit revised proposals by May 5, 2020. Plaintiff, Amazon Web Services, Inc. (AWS), and Intervenor-Defendant, Microsoft Corporation (Microsoft), each submitted revised proposals prior to the deadline.

On May 4, 2020, AWS submitted a pre-award, agency-level protest to the contracting officer, seeking clarification regarding some of the terms of Amendments 0007 and 0008. On

May 14, 2020, DoD issued Amendment 0009 to the solicitation to clarify, modifying some of the language of the solicitation amendments, and permitting offerors to either submit revised proposals in light of the clarification to the solicitation language, or affirm that its May 5, 2020 proposals aligned with the clarification in Amendment 0009.  Both AWS and Microsoft timely responded to Amendment 0009.

DoD continues to evaluate the offerors' revised proposals, and more time is required to complete this process.  Also, throughout the time that this case has been remanded, DoD has proceeded to reexamine its decisions with regard to other aspects of the procurement.  More time is required to complete this process.

Additionally, DoD now anticipates that another solicitation amendment will be necessary, and additional limited proposal revisions will be permitted.  DoD anticipates that this solicitation amendment will be issued by June 22, 2020, and that proposal revisions will be due by no later than July 7, 2020.  Thereafter, these revised proposals will be evaluated.

After evaluations are complete, the Source Selection Evaluation Board, Source Selection Advisory Council, and Source Selection Authority will perform their duties as prescribed by the solicitation, and a new award decision will be issued.  At this point, DoD anticipates that it will be in a position to complete remand proceedings by August 17, 2020.  Given the need for another solicitation amendment and the evaluation of new proposal revisions, however, it is possible that some additional time may be necessary.  If and when such a need becomes apparent, the United States will move for an extension of the remand pursuant to Rule 52.2(c) of the Rules of the United States Court of Federal Claims.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Kevin P. Mullen<br>Kevin P. Mullen<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763 | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director |
| *Attorney of Record for Plaintiff*<br>*Amazon Web Services, Inc.* | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI |
| Of Counsel For Plaintiff:<br><br>J. Alex Ward<br>Daniel E. Chudd<br>Sandeep N. Nandivada<br>Caitlin A. Crujido<br>Alissandra D. Young<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888 | RETA E. BEZAK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| Andrew S. Tulumello<br>Daniel P. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C.  20036 | *Attorneys for Defendant*<br><br><br>Of Counsel for Defendant: |
| Theodore J. Boutrous, Jr.<br>Richard J. Doren<br>Eric D. Vandevelde<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197 | MICHAEL G. ANDERSON<br>BENJAMIN M. DILIBERTO<br>Assistant General Counsel<br>Washington Headquarters Service &<br>Pentagon Force Protection Agency<br>Office of General Counsel<br>Department of Defense<br><br>TYLER J. MULLEN<br>CCPO Legal Advisor<br>Assistant General Counsel<br>Defense Information Systems Agency<br>Office of the General Counsel |

3

s/ Robert S. Metzger
Robert S. Metzger (Counsel of Record)
Jeffery M. Chiow
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Tel: (202) 777-8951
Fax: (202) 347-8429
Email: rmetzger@rjo.com

*Attorneys for Defendant-Intervenor Microsoft Corp.*

Of Counsel for Defendant-Intervenor:

LATHAM & WATKINS LLP
Abid R. Qureshi
Roman Martinez
Anne W. Robinson
Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan
Margaret Upshaw

555 Eleventh Street, N.W., Suite 100
Washington, D.C.  20004
(202) 637-2200 (Telephone)
(202) 637-2201 (Facsimile)

Dated:  June 16, 2020