IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>by and through the U.S. Department of Defense,<br><br>　　　　　　　　Defendant,<br><br>　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant-Intervenor. | Case No. 19-cv-01796<br><br>Judge Campbell-Smith |

**MOTION TO WITHDRAWAL AS OF COUNSEL ATTORNEY**

　　　　Plaintiff Amazon Web Services, Inc. ("AWS") kindly requests withdraw of appearance of *Daniel E. Chudd* of Morrison & Foerster LLP on behalf of AWS, in the above-referenced case. Mr. Chudd is departing from Morrison & Foerster LLP and will not be advising as of Counsel in this matter anymore.

Dated: August 6, 2020 Respectfully submitted,

By: _____
Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff*
*Amazon Web Services, Inc.*

*Of counsel:*
J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this MOTION TO WITHDRAWAL AS *OF COUNSEL* ATTORNEY was served this day on all parties via the Court's electronic case filing system.

/s/Kevin P. Mullen