# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1796C |
| ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Intervenor-Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR LEAVE TO FILE REMAND DECISION VIA ELECTRONIC FILING SYSTEM

Pursuant Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests leave to file the remand decision electronically, via the Court's CM/ECF system.

On April 17, 2020, the Court remanded this case to the United States Department of Defense (DoD) until August 17, 2020, pursuant to 28 U.S.C. § 1491(a)(a) and RCFC 52.2(a), "so that the agency may reconsider the aspects of the procurement challenged in this protest action." ECF No. 203.  On August 11, 2020, the Court extended the remand period until September 16, 2020.  ECF No. 218.  DoD has concluded its reconsideration of the procurement.

RCFC 52.2(d) requires that "[w]hen the action directed under a remand order is completed, the administrative or executive body or official to whom the order was directed must forward to the clerk for filing 2 copies of the final decision or other action taken."  In the interest of providing the substance of the decision in a timely fashion to the Court and to counsel, the

United States respectfully requests leave to file the Source Selection Decision Document electronically, via the Court's CM/ECF system. Because the document contains protected material, we intend to file it under seal. *See* Second Amended Protective Order, ECF No 109.

For these reasons, we respectfully request that the Court permit the filing of the remand decision, under seal, via the Court's CM/ECF electronic filing system. Counsel for plaintiff, Amazon Web Services, Inc. (AWS), and defendant-intervenor, Microsoft Corporation (Microsoft), have indicated that neither AWS nor Microsoft oppose this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY |
| OF COUNSEL: | Assistant Director |
| MICHAEL G. ANDERSON | s/ Anthony F. Schiavetti |
| BENJAMIN M. DILIBERTO | ANTHONY F. SCHIAVETTI |
| Assistant General Counsel | Senior Trial Counsel |
| Washington Headquarters Service & | RETA BEZAK |
| Pentagon Force Protection Agency | Trial Attorney |
| Office of General Counsel | U.S. Department of Justice |
| Department of Defense | Civil Division |
|  | Commercial Litigation Branch |
| TYLER J. MULLEN | PO Box 480, Ben Franklin Station |
| CCPO Legal Advisor | Washington, D.C. 20044 |
| Assistant General Counsel | Tel: (202) 305-7572 |
| Defense Information Systems Agency | Fax: (202) 305-1571 |
| Office of the General Counsel | anthony.f.schiavetti@usdoj.gov |
| September 15, 2020 | Attorneys for Defendant |