# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1796C |
| ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Intervenor-Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to Rule 52.2(e) of the Rules of the United States Court of Federal Claims (RCFC) and the Court's orders dated August 11, 2020 (ECF No. 218) and September 15, 2020 (ECF No. 220), the parties jointly and respectfully provide the following report concerning the conclusion of remand proceedings.  On remand, the United States Department of Defense (DoD) proceeded to reconsider aspects of the procurement challenged in this protest action.  Following a comprehensive re-evaluation of aspects of the proposals, DoD determined that Microsoft's proposal continues to represent the best value to the Government.  Pursuant to RCFC 52.2(d), the Government has filed the final decision document, under seal.  ECF No. 221.

The parties have conferred and plaintiff, Amazon Web Services, Inc. (AWS), does not believe that the action on remand affords it a satisfactory basis for disposition of the case and, thus, that further proceedings of the Court will be required.  As such, the parties have negotiated and agreed to the following proposed schedule of further proceedings in the case:

| ACTION | DATE |
| --- | --- |
| Government Files the Amended Administrative Record | September 21, 2020[1] |
| AWS Files its Amended (Supplemental) Complaint | October 9, 2020 |
| Government and Microsoft File Renewed Motions to Dismiss; AWS Files Renewed Motion to Complete and/or Supplement AR and for Discovery | October 23, 2020 |
| Parties File Oppositions to Renewed Motions | November 6, 2020 |
| Parties File Replies in Support of Renewed Motions | November 13, 2020 |
| The Court Resolves Renewed Motions | As soon as practicable; by December 4, 2020 |

**If the Court Does Not Grant Discovery or Significant Supplementation of the Record:**

| | |
| --- | --- |
| AWS Files Motion for Judgment on the Administrative Record (MJAR) | December 23, 2020 |
| Government and Microsoft File Cross-MJARs and Oppositions to AWS's MJAR | January 15, 2021 |
| AWS Files Opposition to Cross-MJARs and Reply | January 29, 2021 |
| Government and Microsoft File MJAR Replies | February 5, 2021 |

**If the Court Grants Discovery or Significant Supplementation of the Record:**

| | |
| --- | --- |
| Discovery Ends; Government Files Administrative Record Supplements | As soon as reasonably practicable |
| AWS Files Motion for Judgment on the Administrative Record | 21 days after completion of discovery/AR |
| Government and Microsoft File Cross-MJARs and Oppositions to AWS's MJAR | 21 days after filing of AWS's MJAR |
| AWS Files Opposition to Cross-MJARs and Reply | 14 days after filing of Government/Microsoft Cross-MJARs |
| Government and Microsoft File Replies | 7 days after filing of AWS's response/reply |

---

[1] DoD is currently conducting debriefings, which are not expected to be complete by this date. The Government anticipates moving for leave to add debriefing documents to the record within 3 business days of the close of the debriefing.

The proposed schedule reflects the need for expeditious resolution of this protest, noting that provision of this urgently needed capability continues to be stayed pursuant to the Court's preliminary injunction, issued February 13, 2020 (ECF No. 164), balanced with the need for full briefing of the issues.  The parties do not currently envision filing other motions not reflected in the proposed schedule and, to the extent that unanticipated developments necessitate the filing of unexpected motions, the parties commit to make every attempt to resolve those matters within the framework of the schedule proposed.

Respectfully submitted,

| | |
|---|---|
| s/ Kevin P. Mullen<br>Kevin P. Mullen<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br><br>*Attorney of Record for Plaintiff*<br>*Amazon Web Services, Inc*.<br><br>Of Counsel For Plaintiff:<br><br>J. Alex Ward<br>Daniel E. Chudd<br>Sandeep N. Nandivada<br>Caitlin A. Crujido<br>Alissandra D. Young<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC  20006-1888<br><br>Andrew S. Tulumello<br>Daniel P. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C.  20036 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director<br><br>s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>Senior Trial Counsel<br>RETA E. BEZAK<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov<br><br>*Attorneys for Defendant* |

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Of Counsel for Defendant:

MICHAEL G. ANDERSON
BENJAMIN M. DILIBERTO
Assistant General Counsel
Washington Headquarters Service &
Pentagon Force Protection Agency
Office of General Counsel
Department of Defense

TYLER J. MULLEN
CCPO Legal Advisor
Assistant General Counsel
Defense Information Systems Agency
Office of the General Counsel

s/ Robert S. Metzger
Robert S. Metzger (Counsel of Record)
Jeffery M. Chiow
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Tel: (202) 777-8951
Fax: (202) 347-8429
Email: rmetzger@rjo.com

*Attorneys for Defendant-Intervenor Microsoft Corp.*

Of Counsel for Defendant-Intervenor:

LATHAM & WATKINS LLP
Abid R. Qureshi
Roman Martinez
Anne W. Robinson
Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan

4

        Margaret Upshaw

        555 Eleventh Street, N.W., Suite 100
        Washington, D.C.  20004
        (202) 637-2200 (Telephone)
        (202) 637-2201 (Facsimile)

Dated:  September 15, 2020