# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: September 28, 2020)

| | |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

ORDER

On September 24, 2020, defendant filed a supplement to the administrative record (AR), as directed by the court's September 22, 2020 order.  See ECF No. 227 (supplement); ECF No. 226 (order).  The agency, however, has not completed debriefings following the remand of this matter, and defendant intends to file a motion to complete the AR "within 3 business days of the close" of that process.  ECF No. 222 at 2 n.1 (joint status report proposing further proceedings).

The court will wait for defendant to file what it contends is a complete AR before setting a schedule for further proceedings in this case.  Accordingly, defendant is directed to **FILE** a **motion to complete the AR** within **three business days** of the close of the debriefing process.  Absent the filing of a motion to complete the AR, on or before **October 23, 2020**, defendant shall **FILE** a **status report** informing the court as to the expected timeline for completing the debriefing process.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge