# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1796C |
| ) | (Judge Patricia E. Campbell-Smith) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Intervenor-Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's orders dated September 16, 2020 (ECF No. 223) and September 28, 2020 (ECF No. 228), the parties jointly and respectfully request that the Court set the schedule proposed below for proceedings in the above captioned case.

| ACTION | DATE |
|---|---|
| AWS Files its Amended (Supplemental) Complaint | October 23, 2020 |
| Government and Microsoft File Renewed Motions to Dismiss; AWS Files Renewed Motion to Complete and/or Supplement AR and for Discovery | November 6, 2020 |
| Parties File Oppositions to Renewed Motions | November 20, 2020 |
| Parties File Replies in Support of Renewed Motions | December 1, 2020 |
| The Court Resolves Renewed Motions | As soon as practicable |

**If the Court Does Not Grant Discovery, Significant Supplementation, or Other Significant Additions to the Administrative Record:**

| AWS Files Motion for Judgment on the Administrative Record (MJAR) | December 23, 2020 |
| --- | --- |
| Government and Microsoft File Cross-MJARs and Oppositions to AWS's MJAR | January 15, 2021 |
| AWS Files Opposition to Cross-MJARs and Reply | January 29, 2021 |
| Government and Microsoft File MJAR Replies | February 5, 2021 |

**If the Court Grants Discovery, Significant Supplementation, or Other Significant Additions to the Administrative Record:**

| Discovery Ends; Government Files Administrative Record Supplements | As soon as reasonably practicable |
| --- | --- |
| AWS Files Motion for Judgment on the Administrative Record | 21 days after completion of discovery/AR |
| Government and Microsoft File Cross-MJARs and Oppositions to AWS's MJAR | 21 days after filing of AWS's MJAR |
| AWS Files Opposition to Cross-MJARs and Reply | 14 days after filing of Government/Microsoft Cross-MJARs |
| Government and Microsoft File Replies | 7 days after filing of AWS's response/reply |

The proposed schedule reflects the need for expeditious resolution of this protest, noting that provision of this capability, the urgent need for which the United States has consistently described, continues to be stayed pursuant to the Court's preliminary injunction, issued February 13, 2020 (ECF No. 164), balanced with the need for full briefing of the issues.  The parties do not currently envision filing other motions not reflected in the proposed schedule and, to the extent that unanticipated developments necessitate the filing of unexpected motions, the parties commit to make every attempt to resolve those matters within the framework of the schedule proposed.

Respectfully submitted,

s/ Kevin P. Mullen
Kevin P. Mullen
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorney of Record for Plaintiff
Amazon Web Services, Inc*.

Of Counsel For Plaintiff:

J. Alex Ward
Sandeep N. Nandivada
Caitlin A. Crujido
Alissandra D. Young
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888

Andrew S. Tulumello
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036

Theodore J. Boutrous, Jr.
Richard J. Doren
Eric D. Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Anthony F. Schiavetti
ANTHONY F. SCHIAVETTI
Senior Trial Counsel
RETA E. BEZAK
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7572
Fax: (202) 305-1571
anthony.f.schiavetti@usdoj.gov

*Attorneys for Defendant*

Of Counsel for Defendant:

MICHAEL G. ANDERSON
BENJAMIN M. DILIBERTO
Assistant General Counsel
Washington Headquarters Service &
Pentagon Force Protection Agency
Office of General Counsel
Department of Defense

TYLER J. MULLEN
CCPO Legal Advisor
Assistant General Counsel
Defense Information Systems Agency
Office of the General Counsel

s/ Robert S. Metzger
Robert S. Metzger (Counsel of Record)
Jeffery M. Chiow
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
Deborah N. Rodin
Cassidy Kim
Eleanor M. Ross
ROGERS JOSEPH O'DONNELL, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Tel: (202) 777-8951
Fax: (202) 347-8429
Email: rmetzger@rjo.com

*Attorneys for Defendant-Intervenor Microsoft Corp.*

Of Counsel for Defendant-Intervenor:

LATHAM & WATKINS LLP
Abid R. Qureshi
Roman Martinez
Anne W. Robinson
Dean W. Baxtresser
Genevieve Hoffman
Riley Keenan
Margaret Upshaw

555 Eleventh Street, N.W., Suite 100
Washington, D.C.  20004
(202) 637-2200 (Telephone)
(202) 637-2201 (Facsimile)

Dated:  October 12, 2020