# In the United States Court of Federal Claims

No. 19-1796C

(E-filed:  October 16, 2020)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| MICROSOFT CORP., | ) |
|  | ) |
| Intervenor-defendant. | ) |
|  | ) |

<u>ORDER</u>

On October 15, 2020, pursuant to the court's October 13, 2020 order, ECF No. 232, defendant filed an unopposed renewed motion to supplement the administrative record (AR) in this matter.  <u>See</u> ECF No. 233.  As an initial matter, defendant argues that what it proposes to do is complete the AR, not supplement it.  <u>See id.</u> at 2.  The court agrees with defendant that its motion to supplement is properly characterized as a motion to complete the AR.  The court directed the filing of a motion to supplement as a matter of mechanics, not substance, taking into account the limitations of the court's case management/electronic case filing (CM/ECF) system.  The undersigned has requested that the clerk's office create an event in the court's CM/ECF system to allow for the filing of a motion to complete the AR for use in future filings.  For clarity, the court deems defendant's renewed motion to supplement to be a renewed motion to complete the AR, and will treat it accordingly.

For good cause shown, defendant's motion is hereby **GRANTED**; and, on or before **October 20, 2020**, defendant is directed to **FILE** the proposed additional

documents as a separate docket entry in this matter, using the **administrative record** event in CM/ECF.

      IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge
