# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: April 14, 2021)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) ) |
| Intervenor-defendant. | ) ) |

ORDER

On April 14, 2021, defendant filed a motion asking the court to set a status conference to discuss the timing of the court's ruling on defendant's pending motion to dismiss. See ECF No. 261. The motion to dismiss is under active consideration by the court, but as counsel are likely aware, the court's ethical constraints do not permit it to disclose a specific date on which it will issue a ruling. The court, however, is willing to confer with the parties if any other issues require discussion.

The court is available at any one of the following times to convene a telephonic status conference: (1) Thursday, April 15, 2021, at 2:00 p.m. eastern time; (2) Friday, April 16, 2021, at 12:00 p.m. eastern time; or (3) Monday, April 19, 2021, at 1:00 p.m. eastern time.

Accordingly,

(1) Defendant's motion to schedule a status conference, ECF No. 261, is **GRANTED**; and

(2)    No later than **April 15, 2021**, at **10:00 a.m. eastern time**, the parties are directed to **FILE** a **joint status report** informing the court as to whether the parties believe a status conference is necessary, and if so, which of the times offered by the court in this order the parties prefer.

IT IS SO ORDERED.

                                                       s/Patricia E. Campbell-Smith
                                                       PATRICIA E. CAMPBELL-SMITH
                                                       Judge