# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: June 1, 2021)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MICROSOFT CORP., | ) ) |
| Intervenor-defendant. | ) ) |

ORDER

    On May 28, 2021, the parties filed a joint status report proposing competing schedules for moving forward in this case. See ECF No. 268. Plaintiff intends to file a motion to complete the administrative record (AR) and a motion to supplement the AR and requests for discovery before filing a motion for judgment on the AR. See id. at 1. Plaintiff asks the court to schedule briefing on the motion to complete the AR first, followed by briefing on the motion to supplement the AR and requests for discovery. See id. Defendant and intervenor-defendant both ask the court to consider plaintiff's motions simultaneously. See id. at 5-6, 8-9.

    Before the court will determine whether supplementing the AR is appropriate, it must first know the content of the AR. For this reason, the court will adopt plaintiff's proposal and consider its motion to complete the AR before setting a schedule for additional filings.

Accordingly:

(1) On or before **June 18, 2021**, plaintiff is directed to **FILE** its **renewed motion to complete the AR**;

(2) On or before **July 9, 2021**, defendant and intervenor-defendant are directed to **FILE** their **responses** to plaintiff's motion; and

(3) On or before **July 16, 2021**, plaintiff is directed to **FILE** a **reply** in support of its motion.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith  
PATRICIA E. CAMPBELL-SMITH  
Judge