# In the United States Court of Federal Claims

No. 19-1796C

(E-filed: July 8, 2021)

|  |  |
|---|---|
| AMAZON WEB SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MICROSOFT CORP., | ) |
| Intervenor-defendant. | ) |

ORDER

    On July 8, 2021, defendant filed an unopposed motion to dismiss, pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims (RCFC).  See ECF No. 273.  Therein, defendant requests dismissal of this matter as moot because "the Department of Defense (DoD) has cancelled the Joint Enterprise Defense Infrastructure (JEDI) solicitation number HQ0034-18-R-0077, and terminated the contract awarded pursuant to thereto Intervenor-Defendant, Microsoft Corporation (Microsoft), for the convenience of the Government."  Id. at 1.

    Accordingly, for the foregoing reasons:

(1) Defendant's motion to dismiss plaintiff's amended complaint, ECF No. 273, is **GRANTED**;

(2) Plaintiff's motion to complete the administrative record, ECF No. 271, is **DENIED** as moot; and

(3)     The clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's amended complaint for lack of subject matter jurisdiction, in favor of defendant, **without prejudice**.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge
